

April 14, 2026

Geoffrey Potter
Partner
(212) 336-2050
gpotter@pbwt.com

www.pbwt.com

**By Hand, _EX PARTE_ and Under Seal**

Hon. Ramon E. Reyes Jr., U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Email: Reyes_Chambers@nyed.uscourts.gov

> **Re:** **_Gilead Sciences, Inc. et al. v. Pain Relief Rx, Inc. et al._**

Dear Judge Reyes:

We are counsel for the Plaintiffs (collectively, "Gilead") in the above-captioned action, which was filed _ex parte_ and under seal today. Gilead has designated this new action as related to the pending anti-counterfeiting action before Your Honor, _Gilead Sciences Inc. et al. v. City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy et al._, No. 25-cv-04169(RER)(RML) (E.D.N.Y.) ("_Heal the World_"). We enclose courtesy copies of the papers Gilead just filed, both in hard copy and, on the accompanying media, as PDF files.

As set forth in Gilead's papers, this action, like _Heal the World_, involves a conspiracy by pharmacies in this District to sell potentially dangerous counterfeit and infringing Gilead-branded HIV medicines. The Defendants are purported retail pharmacies, their owners and other principals, and their supervising pharmacists. As the evidence set forth in Gilead's papers shows, the Defendants use online "pharmacy-to-pharmacy" marketplaces to sell black-market Gilead-branded medicines to other pharmacies in this District and nationwide. The Gilead-branded medicines sold by Defendants are infringing and counterfeit under the Lanham Act, and most urgently, they pose a potential risk to the health and safety of patients, including those living with a life-threatening disease.

Gilead brings this action first and foremost to protect patients, and respectfully seeks emergency injunctive relief. Along with its pleadings, Gilead has filed an emergency motion for _ex parte_ preliminary relief, including an order for an _ex parte_ seizure under the Lanham Act. As set forth in Gilead's papers, three of the Defendants are supposed retail pharmacies in this District that have brick-and-mortar storefronts and pharmacy signage, but are never actually open: their "retail" operations are a sham and a front for their real business of selling of counterfeit and infringing HIV medicines online. Gilead seeks an _ex parte_ seizure order, with the seizures to occur at those three Defendants' storefronts, as well as the residences of two of their principals. Gilead also seeks a TRO and order to show cause for preliminary injunction; an asset freeze order; and an expedited discovery order. The proposed orders Gilead submits herewith are substantially similar to orders that Gilead obtained _ex parte_ at the outset of _Heal the World_.

Gilead is aware of the Court's busy docket, and does not make its request for emergency relief lightly. The evidence in Gilead's papers shows that that the defendants are dispensing counterfeit and infringing Gilead-branded HIV medicines from multiple purported

Hon. Ramon E. Reyes Jr., U.S.D.J.
Page 2

pharmacies in this District.  Gilead believes immediate action is necessary to prevent the continued sale and distribution of this inauthentic medication and to protect patients.  To that end, Gilead has preliminarily secured the assistance of law enforcement, who are able to execute the requested seizure order this coming Monday, April 20.

Because Gilead's application is being filed *ex parte* and under seal, as required by 15 U.S.C. § 1116(d)(8), we respectfully request that chambers e-mail any orders or written communications concerning this application to myself, my partner Timothy Waters, and our colleague Anna Petrocelli.  Our respective email addresses are gpotter@pbwt.com, twaters@pbwt.com, and apetrocelli@pbwt.com.

**Unless we hear otherwise from the Court, my colleagues and I plan on remaining in the courthouse in the event that the Court wishes to see us in person today.** We are also available this week to appear in person or via Zoom or telephonically as the Court may request.  I may be reached on my cell phone at (917) 854-2310; Mr. Waters may be reached his cell phone at (617) 308-8533; and Ms. Petrocelli may be reached on her cell phone at (516) 503-2248.

Respectfully submitted,

Geoffrey Potter