# Potter Declaration
# Exhibit 30

2441-09

INDICTMENT
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

----------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK

- AGAINST -                                    INDICTMENT #2441/2009

X.     DANIEL LEVY, a.k.a. DIMA,
X.     HOI YAT KAM,
X.     ALEX LEVY, a.k.a. SASHA,
X.     DESMOND CONNELL,
X.     DAN MADRID,
X.     RONALD SCHWARTZ,
X.     SALVATORE LENTINI,
X.     YAN YAN YU, a.k.a. ANGELA,
X.     HAROUTYOUN TIKRANIAN,
X.     LAI FAN XUE, a.k.a. LISA,
X.     CHENG HE SU,
X.     ALEKSANDRA GASHINSKAYA,
X.     BRONX SHERIDAN MEDICAL P.C.,
X.     NEW LITE BRONX MEDICAL, P.C.,
X.     COMFORT CHIROPRACTIC, P.C.,
X.     ALIGN CHIROPRACTIC CARE, P.C.,
X.     QI BAO ACUPUNCTURE P.C.,
X.     TAI JI ACUPUNCTURE P.C.,
X.     BEST STAR ADVERTISEMENT CORP.,
X.     PRO-TWO MANAGEMENT CORP., and
X.     UNITED MEDICAL BILLING & COLLECTION CORP.,

DEFENDANTS.
----------------------------------------------------------------X

1

COUNTS

ENTERPRISE CORRUPTION (1 COUNT)
SCHEME TO DEFRAUD IN THE FIRST DEGREE (1 COUNT)
GRAND LARCENY IN THE THIRD DEGREE (8 COUNTS)
GRAND LARCENY IN THE FOURTH DEGREE (37 COUNTS)
INSURANCE FRAUD IN THE THIRD DEGREE (18 COUNTS)
INSURANCE FRAUD IN THE FOURTH DEGREE (37 COUNTS)
FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE (23 COUNTS)
MONEY LAUNDERING IN THE FIRST DEGREE (2 COUNTS)
MONEY LAUNDERING IN THE SECOND DEGREE (8 COUNTS)
BRIBERY IN THE THIRD DEGREE (5 COUNTS)
COMMERCIAL BRIBING IN THE FIRST DEGREE (3 COUNTS)

A TRUE BILL

_____

FOREPERSON

2

## COUNT ONE

THE GRAND JURY OF THE COUNTY OF THE BRONX, by this Indictment, accuses the defendants DANIEL LEVY, "A.K.A. DIMA," DR. HOI YAT KAM, ALEX LEVY, DESMOND CONNELL, RONALD SCHWARTZ, DAN MADRID, HAROUTYOUN TIKRANIAN, SALVATORE LENTINI, LAI FAN XUE, CHENG HE SU, YAN YAN YU, ALEKSANDRA GASHINSKAYA, BRONX SHERIDAN MEDICAL P.C., NEW LITE BRONX MEDICAL, P.C., BEST STAR ADVERTISEMENT CORP., PRO-TWO MANAGEMENT CORP., UNITED MEDICAL BILLING & COLLECTION CORP., COMFORT CHIROPRACTIC, P.C., ALIGN CHIROPRACTIC CARE, P.C., QI BAO ACUPUNCTURE P.C., TAI JI ACUPUNCTURE, P.C. of the crime of ENTERPRISE CORRUPTION, in violation of Penal Law Section 460.20(1)(a), committed as follows:

The defendants, in the County of the Bronx, and elsewhere, during a period from approximately in or about January 2005 through approximately in or about November 2007, having knowledge of the existence of a criminal enterprise (hereinafter, the "Levy Criminal Enterprise," and/or the "Enterprise"), and the nature of its activities, and being employed by and associated with such enterprise, intentionally conducted and participated in the affairs of an enterprise by participating in a pattern of criminal activity.

The Levy Criminal Enterprise was a group of persons and corporations, including the defendants, and other persons known and unknown to the Grand Jury, sharing a common purpose of engaging in criminal conduct, associated in an ascertainable structure distinct from their pattern of criminal activity, and with a continuity of existence, structure and criminal purpose beyond the scope of individual criminal incidents.

3

## Introduction

The Levy Criminal Enterprise illegally earned money through its operation and control of medical clinics that specialized in treating motor vehicle accident ("MVA") victims. The Enterprise provided medically unnecessary treatment or failed to provide treatment and then submitted fraudulent claims to insurance carriers. The Levy Criminal Enterprise included the lay owner of two medical clinics, the medical doctors and other healthcare providers at the clinics, a clinic manager, an attorney, and individuals known as "steerers" or "runners," who solicited the MVA victims. Although one of the medical doctors owned the medical clinics on paper, in reality, one of the other members of the Enterprise owned and controlled the clinics, despite the fact that he did not have a medical or healthcare provider license. The defendants structured the Enterprise in order to conceal the true ownership of the clinics.

The Levy Criminal Enterprise consisted of the following members:

- Defendant Daniel Levy was the owner of the Enterprise's two medical clinics: medical and healthcare corporation Bronx Sheridan Medical P.C. ("Bronx Sheridan"), located at 1030 Sheridan Avenue, Bronx, New York, and medical and healthcare corporation New Lite Bronx Medical, P.C. ("New Lite"), located at 1170 East Gun Hill Road, Bronx, New York (collectively, "the Enterprise Clinics"). He also owned a billing company, United Medical Billing & Collection Corp.; an advertising company, Best Star Advertisement Corp.; and a medical management company, Pro-Two Management Corp.

- Defendant Dr. Hoi Yat Kam was a licensed medical doctor and the paper owner of the two Enterprise Clinics.

4

- Defendant Desmond Connell was a personal injury attorney.

- Defendant Alex Levy, brother of Daniel Levy, was the manager of Enterprise Clinic New Lite and the owner of Sunway Consulting Corp.

- Defendants Ronald Schwartz and Dan Madrid were steerers who bribed hospital employees for confidential patient information and solicited MVA victims and referred them to Enterprise Clinics.

- Defendants Haroutyoun Tikranian and Salvatore Lentini were licensed chiropractors who worked at the Enterprise Clinics. Dr. Tikranian worked at Enterprise Clinic New Lite and owned a healthcare provider company, Comfort Chiropractic, P.C. Dr. Lentini worked at Enterprise Clinic Bronx Sheridan and owned a healthcare provider company, Align Chiropractic Care, P.C.

- Defendants Lai Fan Xue ("Lisa"), Cheng He Su, and Yan Yan Yu ("Angela") were licensed acupuncturists who worked at the Enterprise Clinics. Lai Fan Xue and Cheng He Su, who are husband and wife, worked at Enterprise Clinic New Lite and owned a healthcare provider company, Qi Bao Acupuncture P.C. Yan Yan Yu worked at Enterprise Clinic Bronx Sheridan and owned a healthcare provider company, Tai Ji Acupuncture P.C.

- Defendant Aleksandra Gashinskaya was a licensed medical doctor and specialized in neurology. She worked as a neurologist at both Enterprise Clinics.

### Background: No-Fault Insurance Law

In New York State, a person injured in a motor vehicle accident is automatically covered by the Comprehensive Motor Vehicle Insurance Reparations Act, commonly referred to as the no-

fault law. No-fault insurance covers the driver and passengers of all insured vehicles without regard to fault and provides for payment to injured persons of all necessary medical and other professional health service expenses, lost earnings, and other reasonable and necessary expenses incurred, up to $50,000 per person. Ordinarily, patients sign an Assignment of Benefits form authorizing the provider to file a claim on the patient's behalf and the no-fault carrier directly reimburses the healthcare provider.

No-fault insurance carriers provide reimbursement for a range of medical and health services, including initial medical evaluations, physical therapy, chiropractic care, acupuncture, and diagnostic testing, when such services are deemed medically necessary. Professional health corporations providing such services are governed by Article 15 of the New York Business Corporation Law. Under that Article, a person may not own a professional health corporation unless he or she is licensed to practice in the area of service that the clinic provides.

Under the New York Insurance Law, a person injured in a motor vehicle accident may pursue a lawsuit for economic damages, such as pain and suffering, only if he or she has sustained a "serious injury," as defined under New York Insurance Law Section 5102(d). The "serious injury threshold" can include a medically determined injury or impairment of a non-permanent nature that has prevented the individual from performing substantially all the material acts which constitute the individual's usual and customary daily activities for not less than ninety days during the one hundred and eighty days immediately following an accident. One of the variables in the determination of "serious injury" is the extent and length of medical treatment after the motor vehicle accident. Thus, a fact finder would necessarily consider the treatment paid for by the insurance companies under the no-fault law, including medical services and diagnostic testing, in

6

order to find that an MVA victim had suffered "serious injury." Simply put, to meet the serious injury threshold, an individual must receive a certain amount of medical treatment for his or her injuries for at least the first ninety days after an auto accident.

### Common Criminal Purpose

The Levy Criminal Enterprise was a group of individuals who shared the common criminal purpose of obtaining money through the submission of fraudulent no-fault claims to insurance companies and bodily injury lawsuits against insurance companies.

To accomplish the Enterprise's goals, the defendants bribed hospital employees for confidential patient information; solicited MVA victims to attend clinics that the Enterprise owned; provided the patients with medically unnecessary treatment or failed to provide treatment; submitted fraudulent claims to insurance carriers based on that purported treatment; pursued fraudulent personal injury lawsuits for pain and suffering; and laundered insurance proceeds generated by the submission of the fraudulent claims.

### The Structure of the Criminal Enterprise

The Levy Criminal Enterprise was a hierarchical organization with clearly delineated lines of authority. The Enterprise was structured in a manner designed to ensure efficiency and maximize profitability. Defendant Hoi Yat Kam, a licensed medical doctor, portrayed to the public that he owned the Enterprise Clinics, Bronx Sheridan and New Lite. In reality, defendant Daniel Levy, who had no medical or health provider license, was the principal decision maker and owned and controlled the Enterprise Clinics.

Defendant Daniel Levy controlled the supply of MVA patients to the Enterprise Clinics because he paid an attorney, defendant Desmond Connell, to supply MVA patients. Connell paid

7

money to public and private hospital employees in exchange for confidential patient information. Connell then gave the patient information to steerers, defendants Ronald Schwartz and Dan Madrid. Schwartz and Madrid "signed up" and referred the MVA patients to lawyers that Connell chose. The lawyers to whom Connell assigned the MVA patients paid Connell forty percent of the settlement they received after settling bodily injury lawsuits they had filed on behalf of the patients.

Schwartz and Madrid signed up patients by visiting them in the hospital or their homes, or by providing information over the telephone. In addition to signing the patient up with attorneys during these encounters, Schwartz and Madrid convinced these patients to receive treatment at the Enterprise Clinics. At times, the steerers directed victims to exaggerate or fabricate injuries sustained in the MVAs, explaining to them that the more they claimed they were hurt and the more treatment they received, the more money they would make in a bodily injury lawsuit settlement.

Daniel Levy utilized Enterprise Clinic staff, including managers and front desk receptionists, to assist him in the day-to-day operations at the Enterprise Clinics. Defendant Alex Levy, Daniel Levy's brother, managed and operated Enterprise Clinic New Lite. Because of the financial incentives described below, the Enterprise's continued success depended upon the MVA victims attending the Enterprise Clinics regularly. Daniel and Alex Levy, the Enterprise Clinic staff, and the runners repeatedly contacted patients who missed an appointment or discontinued treatment and directed them to return to the Enterprise Clinics for treatment.

Daniel Levy established and enforced the Enterprise's protocols governing the provision of treatment to the MVA patients. Levy, who lacked any medical or health provider training,

dictated to defendant doctors, defendant healthcare providers, managers and receptionists the frequency of treatment, the types of treatment and the testing that patients were to receive. Regardless of a patient's injury, Levy ordered that the patients be provided with a predetermined course of treatment. Consequently, the patients received months of medically unnecessary treatment for their alleged injuries, including acupuncture, physical therapy, chiropractic treatment, psychological counseling and neurological testing. In other instances, patients did not receive the treatment for which the Enterprise submitted claims to insurance companies. In order to justify the months of unnecessary treatment, the defendant doctors and healthcare providers affiliated with the Enterprise falsified treatment records and then submitted bills to no-fault insurance carriers together with these false treatment records. The health care providers also referred patients for unnecessary and expensive tests.

Providing patients with months of unnecessary treatment or billing for treatment not provided furthered the goals of the Levy Criminal Enterprise in two ways. First, it generated over one million dollars ($1,000,000) in illicit revenues received from various insurance carriers. Second, it fraudulently strengthened the personal injury lawsuits brought by the attorneys who received the cases from Desmond Connell.

Under no-fault law, when a patient signs an Assignment of Benefits form, insurance companies directly reimburse the medical and healthcare corporations for billed treatment. In order to control the money that the insurance companies sent to the Enterprise Clinics, Daniel Levy incorporated three of his own companies. In January 2005, he incorporated Pro-Two Management Corp. ("Pro-Two"); in June 2005, he incorporated Best Star Advertisement Corp. ("Best Star"); and in January 2007, he incorporated United Medical Billing & Collection Corp.

9

(United Medical Billing").

From January 1, 2005 to November 30, 2007, insurance companies paid over four million dollars to the Enterprise Clinics, and Comfort Chiropractic, P.C., Align Chiropractic Care, P.C., Qi Bao Acupuncture P.C., and Tai Ji Acupuncture P.C. (the "Healthcare Provider Companies"). Of that money, the Enterprise Clinics and Healthcare Provider Companies transferred almost two million dollars to Daniel Levy's solely owned companies: Best Star, Pro-Two, and United Medical Billing. By transferring the revenues from the Enterprise Clinics and Healthcare Provider Companies to his own companies, Daniel Levy controlled the criminal proceeds generated by the Enterprise's illegal activities and concealed his true ownership of the Enterprise Clinics.

In addition, the Levy Criminal Enterprise needed cash to promote its criminal activities. The Enterprise paid cash to the runners and to Desmond Connell for steering patients to the Enterprise Clinics. Desmond Connell paid cash to bribe hospital employees in exchange for patient information. Of the money paid from the Enterprise Clinics and Healthcare Provider Companies to Levy's three companies, one million dollars in checks was cashed at check cashing locations in Philadelphia, Pennsylvania, Coney Island, New York, and Mount Vernon, New York. By laundering the illegal proceeds through these companies, the defendants generated cash that enabled them to promote and continue the Levy Criminal Enterprise.

### Continuity

The Levy Criminal Enterprise existed for many years, including the period charged herein. During that time, the Enterprise expanded from one Enterprise Clinic, Bronx Sheridan, to two, when Enterprise Clinic New Lite opened. The Enterprise's common criminal purpose and

structure remained constant. The Enterprise's structure and methods also remained constant. Its members used various means to ensure the continuation of the Enterprise's goal to obtain money by bribing hospital employees for confidential information; steering MVA patients to treatment at the Enterprise Clinics and to a network of attorneys; the submission of fraudulent no-fault claims to the victim insurance companies; and the filing of lawsuits against the victim insurance companies.

## PATTERN OF CRIMINAL ACTIVITY

During the period of the offense, with intent to participate in and to advance the affairs of the Levy Criminal Enterprise, the defendants engaged in conduct constituting, and were criminally liable for, criminal acts within a pattern of criminal activity, as follows:

**First Pattern Act:**

The defendants DANIEL LEVY, "A.K.A. DIMA," DR. HOI YAT KAM, ALEX LEVY, DESMOND CONNELL, RONALD SCHWARTZ, DAN MADRID, HAROUTYOUN TIKRANIAN, SALVATORE LENTINI, LAI FAN XUE, CHENG HE SU, YAN YAN YU, ALEKSANDRA GASHINSKAYA, BRONX SHERIDAN MEDICAL P.C., NEW LITE BRONX MEDICAL, P.C., BEST STAR ADVERTISEMENT CORP., PRO-TWO MANAGEMENT CORP., UNITED MEDICAL BILLING & COLLECTION CORP., COMFORT CHIROPRACTIC, P.C., ALIGN CHIROPRACTIC CARE, P.C., QI BAO ACUPUNCTURE P.C., TAI JI ACUPUNCTURE, P.C. committed the crime of SCHEME TO DEFRAUD IN THE FIRST DEGREE, in violation of Penal Law Section 190.65(1)(b), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, engaged in a scheme constituting a systematic

11

ongoing course of conduct with intent to defraud more than one person and to obtain property from more than one person by false and fraudulent pretenses, representations and promises, and so obtained property with a value in excess of one thousand dollars from one and more such persons.

**Second Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, and BRONX SHERIDAN MEDICAL P.C. committed the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 24, 2006 to on or about July 24, 2006, stole property having a value in excess of three thousand dollars from MetLife Auto & Home Insurance.

**Third Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, and BRONX SHERIDAN MEDICAL P.C. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 24, 2006 to on or about July 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with MetLife Auto & Home Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Fourth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL,

12

SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 24, 2006 to on or about July 24, 2006, stole property having a value in excess of one thousand dollars from MetLife Auto & Home Insurance.

**Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 24, 2006 to on or about July 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with MetLife Auto & Home Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., and TAI JI ACUPUNCTURE P.C., committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

February 24, 2006 to on or about July 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with MetLife Auto & Home Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Seventh Pattern Act:**

The defendant YAN YAN YU committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about February 24, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial comprehensive examination report of Tai Ji Acupuncture P.C.

**Eighth Pattern Act:**

The defendant SALVATORE LENTINI committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about February 24, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial examination report of Align Chiropractic Care, P.C.

**Ninth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY

14

IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about June 19, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

**Tenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about May 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Eleventh Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., and COMFORT CHIROPRACTIC, P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about June 19, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

15

**Twelfth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., and COMFORT CHIROPRACTIC, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about May 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Thirteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., and QI BAO ACUPUNCTURE P.C., committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about June 19, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

**Fourteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., and QI BAO ACUPUNCTURE P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH

16

DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about May 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Fifteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, and BRONX SHERIDAN MEDICAL P.C. committed the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about September 25, 2008, stole property having a value in excess of three thousand dollars from American Transit Insurance Company.

**Sixteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, and BRONX SHERIDAN MEDICAL P.C. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about May 8, 2008, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with American Transit Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

17

**Seventeenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about September 25, 2008, stole property having a value in excess of one thousand dollars from American Transit Insurance Company.

**Eighteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about May 8, 2008, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with American Transit Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Nineteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., and TAI JI ACUPUNCTURE P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section

18

155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about September 25, 2008, stole property having a value in excess of one thousand dollars from American Transit Insurance Company.

**Twentieth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., and TAI JI ACUPUNCTURE P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about May 8, 2008, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with American Transit Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Twenty-First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEKSANDRA GASHINSKAYA, and BRONX SHERIDAN MEDICAL P.C., committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about May 8, 2008, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with American Transit

Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Twenty-Second Pattern Act:**

The defendant HOI YAT KAM committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about May 1, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of Bronx Sheridan Medical P.C.

**Twenty-Third Pattern Act:**

The defendant SALVATORE LENTINI committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about April 28, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial examination report of Align Chiropractic Care, P.C.

**Twenty-Fourth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, and AND BRONX SHERIDAN MEDICAL P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

20

August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Twenty-Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, and BRONX SHERIDAN MEDICAL P.C., committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Twenty-Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., and BRONX SHERIDAN MEDICAL P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Twenty-Seventh Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., and BRONX SHERIDAN MEDICAL P.C.

committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Twenty-Eighth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., and BRONX SHERIDAN MEDICAL P.C. committed the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

**Twenty-Ninth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., and BRONX SHERIDAN MEDICAL P.C. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that

the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Thirtieth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEKSANDRA GASHINSKAYA, and BRONX SHERIDAN MEDICAL P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Thirty-First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEKSANDRA GASHINSKAYA, and BRONX SHERIDAN MEDICAL P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Thirty-Second Pattern Act:**

The defendant HOI YAT KAM committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about August 21, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of Bronx Sheridan Medical P.C.

**Thirty-Third Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID and BRONX SHERIDAN MEDICAL P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Thirty-Fourth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID and BRONX SHERIDAN MEDICAL P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take,

24

obtain and withhold property with a value in excess of one thousand dollars.

**Thirty-Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., and BRONX SHERIDAN MEDICAL P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Thirty-Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., and BRONX SHERIDAN MEDICAL P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Thirty-Seventh Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., and BRONX SHERIDAN MEDICAL P.C. committed the crime of

GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

**Thirty-Eighth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., and BRONX SHERIDAN MEDICAL P.C. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Thirty-Ninth Pattern Act:**

The defendant Hoi Yat Kam committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about August 21, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of Bronx Sheridan Medical P.C.

26

**Fortieth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, and BRONX SHERIDAN MEDICAL P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about March 15, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

**Forty-First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, and BRONX SHERIDAN MEDICAL P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about December 19, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Forty-Second Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

September 18, 2006 to on or about March 15, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

**Forty-Third Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about December 19, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Forty-Fourth Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., and TAI JI ACUPUNCTURE P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about March 15, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

**Forty-Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU,

28

BRONX SHERIDAN MEDICAL P.C., and TAI JI ACUPUNCTURE P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about December 19, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Forty-Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEKSANDRA GASHINSKAYA, and BRONX SHERIDAN MEDICAL P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about December 19, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Forty-Seventh Pattern Act:**

The defendant HOI YAT KAM committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about August 7, 2006, with

29

intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of Bronx Sheridan Medical P.C.

**Forty-Eighth Pattern Act:**

The defendant SALVATORE LENTINI committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendants, in the County of Bronx and elsewhere, on or about August 3, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial examination report of Align Chiropractic Care, P.C.

**Forty-Ninth Pattern Act:**

The defendant ALEKSANDRA GASHINSKAYA committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about September 28, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, a physiatric evaluation report of Bronx Sheridan Medical P.C.

**Fiftieth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY

30

IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Fifty-First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Fifty-Second Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C., committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

31

**Fifty-Third Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Fifty-Fourth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Fifty-Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH

32

DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Fifty-Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, ALEKSANDRA GASHINSKAYA, and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 17, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Fifty-Seventh Pattern Act:**

The defendant ALEKSANDRA GASHINSKAYA committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about November 17, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the

33

commission thereof, made and caused to be made a false entry in the business records of an

enterprise, to wit, a physiatric evaluation report of New Lite Bronx Medical, P.C..

**Fifty-Eighth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX

LEVY, and NEW LITE BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY

IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one

thousand dollars from Allstate Insurance Company.

**Fifty-Ninth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX

LEVY, and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE

FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that

the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance

Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take,

obtain and withhold property with a value in excess of three thousand dollars.

**Sixtieth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX

LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE

BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY IN THE FOURTH

34

DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Sixty-First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Sixty-Second Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

35

**Sixty-Third Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Sixty-Fourth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, ALEKSANDRA GASHINSKAYA, and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Sixty-Fifth Pattern Act:**

The defendant ALEKSANDRA GASHINSKAYA committed the crime of FALSIFYING

BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about November 17, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, a physiatric evaluation report of New Lite Bronx Medical, P.C.

**Sixty-Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

**Sixty-Seventh Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 16, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Sixty-Eighth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRATIC, P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Sixty-Ninth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Seventieth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in

38

violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Seventy-First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Seventy-Second Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, ALEKSANDRA GASHINSKAYA, and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance

39

Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Seventy-Third Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 01, 2006 to on or about April 16, 2007, stole property having a value in excess of one thousand dollars from MetLife Auto & Home Insurance.

**Seventy-Fourth Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 01, 2006 to on or about April 16, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with MetLife Auto & Home Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Seventy-Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in

violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 01, 2006 to on or about April 16, 2007, stole property having a value in excess of one thousand dollars from MetLife Auto & Home Insurance.

**Seventy-Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 01, 2006 to on or about April 16, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with MetLife Auto & Home Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Seventy-Seventh Pattern Act:**

The defendant LAI FAN XUE committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about November 01, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial comprehensive examination report of Qi Bao Acupuncture P.C.

**Seventy-Eighth Pattern Act:**

The defendant HOI YAT KAM committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about November 01, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of New Lite Bronx Medical, P.C.

**Seventy-Ninth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about June 1, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

**Eightieth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about May 29, 2007, committed a fraudulent insurance act, in that the

42

defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Eighty-First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about May 29, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Eighty-Second Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about May 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

43

**Eighty-Third Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, YAN YAN YU, TAI JI ACUPUNCTURE P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about May 29, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

**Eighty-Fourth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, YAN YAN YU, TAI JI ACUPUNCTURE P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about May 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Eighty-Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, ALEKSANDRA GASHINSKAYA, BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation

44

of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about June 1, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Eighty-Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 9, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

**Eighty-Seventh Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, NEW LITE BRONX MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 1, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance,

and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Eighty-Eighth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., COMFORT CHIROPRACTIC, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 9, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

**Eighty-Ninth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., COMFORT CHIROPRACTIC, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 1, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

46

**Ninetieth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., QI BAO ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 9, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

**Ninety-First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., QI BAO ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 1, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Ninety-Second Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD

SCHWARTZ, ALEX LEVY, ALEKSANDRA GASHINSKAYA, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 1, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Ninety-Third Pattern Act:**

The defendant HOI YAT KAM committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about December 4, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of New Lite Bronx Medical, P.C.

**Ninety-Fourth Pattern Act:**

The defendant ALEKSANDRA GASHINSKAYA committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 30, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the

48

commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, a physiatric evaluation report of New Lite Bronx Medical, P.C.

**Ninety-Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 11, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

**Ninety-Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 2, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**Ninety-Seventh Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX

LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., COMFORT CHIROPRACTIC, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 11, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**Ninety-Eighth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., COMFORT CHIROPRACTIC, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 2, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**Ninety-Ninth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., QI BAO ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP.

50

committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 11, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

**One Hundredth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., QI BAO ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 2, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**One-Hundred First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, ALEKSANDRA GASHINSKAYA, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

February 10, 2007 to on or about July 2, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**One-Hundred Second Pattern Act:**

The defendant HOI YAT KAM committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 25, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of New Lite Bronx Medical, P.C.

**One-Hundred Third Pattern Act:**

The defendant HAROUTYOUN TIKRANIAN committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 22, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial examination report of Comfort Chiropractic, P.C.

**One Hundred Fourth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING &

52

COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH

DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

March 1, 2007 to on or about June 29, 2007, stole property having a value in excess of one

thousand dollars from GEICO Insurance.

**One Hundred Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX

LEVY, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING &

COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE THIRD

DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

March 1, 2007 to on or about June 29, 2007, committed a fraudulent insurance act, in that the

defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and

thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and

withhold property with a value in excess of three thousand dollars.

**One Hundred Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX

LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., NEW LITE

BRONX MEDICAL, P.C. and UNITED MEDICAL BILLING & COLLECTION CORP.

committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal

Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

March 1, 2007 to on or about June 29, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

**One Hundred Seventh Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**One Hundred Eighth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. and committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

**One Hundred Ninth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**One Hundred Tenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, ALEKSANDRA GASHINSKAYA, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. and committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**One Hundred Eleventh Pattern Act:**

The defendant LAI FAN XUE committed the crime of FALSIFYING BUSINESS

RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 30, 2007, with

intent to defraud, including an intent to commit another crime and to aid and to conceal the

commission thereof, made and caused to be made a false entry in the business records of an

enterprise, to wit, an initial comprehensive examination report of New Lite Bronx Medical, P.C.

**One Hundred Twelfth Pattern Act:**

The defendant HAROUTYOUN TIKRANIAN committed the crime of FALSIFYING

BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as

follows:

The defendant, in the County of Bronx and elsewhere, on or about January 30, 2007, with

intent to defraud, including an intent to commit another crime and to aid and to conceal the

commission thereof, made and caused to be made a false entry in the business records of an

enterprise, to wit, an initial evaluation report of New Lite Bronx Medical, P.C.

**One Hundred Thirteenth Pattern Act:**

The defendant HOI YAT KAM committed the crime of FALSIFYING BUSINESS

RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about February 1, 2007, with

intent to defraud, including an intent to commit another crime and to aid and to conceal the

commission thereof, made and caused to be made a false entry in the business records of an

enterprise, to wit, an initial evaluation report of New Lite Bronx Medical, P.C.

**One Hundred Fourteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 29, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

**One Hundred Fifteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, BRONX SHERIDAN MEDICAL P.C. and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 12, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

**One Hundred Sixteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., ALIGN CHIROPRACTIC CARE, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND

LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 29, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

**One Hundred Seventeenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., ALIGN CHIROPRACTIC CARE, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 12, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**One Hundred Eighteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., TAI JI ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 29, 2007, stole property having a value in excess of one

thousand dollars from Liberty Mutual Insurance Company.

**One Hundred Nineteenth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., TAI JI ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 12, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**One Hundred Twentieth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, BRONX SHERIDAN MEDICAL P.C. and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about November 6, 2007, stole property having a value in excess of one thousand dollars from AIG Insurance.

**One Hundred Twenty-First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP.

committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about October 9, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with AIG Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**One Hundred Twenty-Second Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about November 6, 2007, stole property having a value in excess of one thousand dollars from AIG Insurance.

**One Hundred Twenty-Third Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

May 10, 2007 to on or about October 9, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with AIG Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**One Hundred Twenty-Fourth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about November 6, 2007, stole property having a value in excess of one thousand dollars from AIG Insurance.

**One Hundred Twenty-Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about October 9, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with AIG Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

**One Hundred Twenty-Sixth Pattern Act:**

The defendant HOI YAT KAM committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about May 10, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of Bronx Sheridan Medical P.C.

**One Hundred Twenty-Seventh Pattern Act:**

The defendant HOI YAT KAM committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about June 11, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, a follow-up examination report of Bronx Sheridan Medical P.C.

**One Hundred Twenty-Eighth Pattern Act:**

The defendant ALEKSANDRA GASHINSKAYA committed the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, as follows:

The defendant, in the County of Bronx and elsewhere, on or about June 26, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, a physiatric evaluation report of Bronx Sheridan Medical P.C.

**One Hundred Twenty-Ninth Pattern Act:**

The defendant DESMOND CONNELL committed the crime of COMMERCIAL BRIBING IN THE FIRST DEGREE, in violation of Penal Law Section 180.03, as follows:

The defendant, in the County of Bronx and elsewhere, during a period from on or about 2002 to on or about 2007, conferred, offered and agreed to confer, any benefit upon any employee, agent and fiduciary, to wit, Ricardo Roman, without the consent of the latter's employer and principal, with intent to influence his conduct in relation to his employer's and principal's affairs, and the value of the benefit conferred and offered and agreed to be conferred exceeded one thousand dollars and caused economic harm to the employer and principal in an amount exceeding two hundred fifty dollars.

**One Hundred Thirtieth Pattern Act:**

The defendant DESMOND CONNELL committed the crime of COMMERCIAL BRIBING IN THE FIRST DEGREE, in violation of Penal Law Section 180.03, as follows:

The defendant, in the County of Bronx and elsewhere, during a period from on or about 2006 to on or about 2007, conferred, offered and agreed to confer, any benefit upon any employee, agent and fiduciary, to wit, Felix Ortega-Pagan, without the consent of the latter's employer and principal, with intent to influence his conduct in relation to his employer's and principal's affairs, and the value of the benefit conferred and offered and agreed to be conferred exceeded one thousand dollars and caused economic harm to the employer and principal in an amount exceeding two hundred fifty dollars.

**One Hundred Thirty-First Pattern Act:**

The defendants DANIEL LEVY and DAN MADRID committed the crime of

63

COMMERCIAL BRIBING IN THE FIRST DEGREE, in violation of Penal Law Section 180.03, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 16, 2007 to on or about April 30, 2007, conferred, offered and agreed to confer, any benefit upon any employee, agent and fiduciary, to wit, Suheryi Velasquez, without the consent of the latter's employer and principal, with intent to influence his conduct in relation to his employer's and principal's affairs, and the value of the benefit conferred and offered and agreed to be conferred exceeded one thousand dollars and caused economic harm to the employer and principal in an amount exceeding two hundred fifty dollars.

**One Hundred Thirty-Second Pattern Act:**

The defendants DESMOND CONNELL and DAN MADRID committed the crime of BRIBERY IN THE THIRD DEGREE, in violation of Penal Law Section 200.00, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about January 2003 to on or about February 2006, conferred, offered and agreed to confer, any benefit upon a public servant, to wit, Franklin Martinez, upon an agreement and understanding that such public servant's vote, opinion, judgment, action, decision and exercise of discretion as a public servant will thereby be influenced.

**One Hundred Thirty-Third Pattern Act:**

The defendants DESMOND CONNELL and DAN MADRID committed the crime of BRIBERY IN THE THIRD DEGREE, in violation of Penal Law Section 200.00, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 2006 to on or about January 23, 2007, conferred, offered and agreed to confer, any

64

benefit upon a public servant, to wit, Mary Jimenez, upon an agreement and understanding that such public servant's vote, opinion, judgment, action, decision and exercise of discretion as a public servant will thereby be influenced.

**One Hundred Thirty-Fourth Pattern Act:**

The defendant DESMOND CONNELL committed the crime of BRIBERY IN THE THIRD DEGREE, in violation of Penal Law Section 200.00, as follows:

The defendant, in the County of Bronx and elsewhere, on or about October 11, 2006, conferred, offered and agreed to confer, any benefit upon a public servant, to wit, Vivian Nwankwo, upon an agreement and understanding that such public servant's vote, opinion, judgment, action, decision and exercise of discretion as a public servant will thereby be influenced.

**One Hundred Thirty-Fifth Pattern Act:**

The defendants DESMOND CONNELL and DAN MADRID committed the crime of BRIBERY IN THE THIRD DEGREE, in violation of Penal Law Section 200.00, as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 20, 2006 to on or about April 20, 2007, conferred, offered and agreed to confer, any benefit upon a public servant, to wit, Benito Figueroa, upon an agreement and understanding that such public servant's vote, opinion, judgment, action, decision and exercise of discretion as a public servant will thereby be influenced.

**One Hundred Thirty-Sixth Pattern Act:**

The defendant DESMOND CONNELL committed the crime of BRIBERY IN THE THIRD DEGREE, in violation of Penal Law Section 200.00, as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 25, 2007, conferred, offered and agreed to confer, any benefit upon a public servant, to wit, Kenton Wright, upon an agreement and understanding that such public servant's vote, opinion, judgment, action, decision and exercise of discretion as a public servant will thereby be influenced.

**One Hundred Thirty-Seventh Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, BRONX SHERIDAN MEDICAL P.C., NEW LITE BRONX MEDICAL, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of MONEY LAUNDERING IN THE FIRST DEGREE, in violation of Penal Law Section 470.20(1)(b)(i)(A)(iii), as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of a class A, B, or C felony, conducted such financial transactions, which in fact involved the proceeds of any such felony, with intent to promote the carrying on of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one million dollars.

**One Hundred Thirty-Eighth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, BRONX SHERIDAN MEDICAL P.C., NEW LITE BRONX MEDICAL, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of MONEY LAUNDERING IN THE FIRST DEGREE, in violation of Penal Law Section 470.20(1)(b)(ii)(A)(iii), as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of a class A, B, or C felony, conducted such financial transactions, which in fact involved the proceeds of any such felony, knowing that the transactions in whole and in part were designed to conceal and disguise the nature, location, source, ownership and control of proceeds of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one million dollars.

**One Hundred Thirty-Ninth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM , HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(i)(A)(iii), as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, with intent to promote the carrying on of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

**One Hundred Fortieth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR

ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP.

committed the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of

Penal Law Section 470.15(1)(b)(ii)(A)(iii), as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January

1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in

financial transactions represented the proceeds of specified criminal conduct, conducted such

financial transactions, which in fact involved the proceeds of specified criminal conduct, knowing

that the transactions in whole and in part were designed to conceal and disguise the nature,

location, source, ownership and control of proceeds of specified criminal conduct, and the total

value of the property involved in such financial transactions exceeded one hundred thousand

dollars.

**One Hundred Forty-First Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, SALVATORE LENTINI, ALIGN

CHIROPRACTIC CARE, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR

ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP.

committed the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of

Penal Law Section 470.15(1)(b)(i)(A)(iii), as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January

1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in

financial transactions represented the proceeds of specified criminal conduct, conducted such

financial transactions, which in fact involved the proceeds of specified criminal conduct, with

intent to promote the carrying on of specified criminal conduct, and the total value of the property

68

involved in such financial transactions exceeded one hundred thousand dollars.

**One Hundred Forty-Second Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(ii)(A)(iii), as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, knowing that the transactions in whole and in part were designed to conceal and disguise the nature, location, source, ownership and control of proceeds of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

**One Hundred Forty-Third Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM , LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(i)(A)(iii), as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January

1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, with intent to promote the carrying on of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

**One Hundred Forty-Fourth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM , LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. committed the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(ii)(A)(iii), as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, knowing that the transactions in whole and in part were designed to conceal and disguise the nature, location, source, ownership and control of proceeds of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

**One Hundred Forty-Fifth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM , ALEX LEVY, BRONX SHERIDAN MEDICAL P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of MONEY

70

LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section

470.15(1)(b)(i)(A)(iii), as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January

1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in

financial transactions represented the proceeds of specified criminal conduct, conducted such

financial transactions, which in fact involved the proceeds of specified criminal conduct, with

intent to promote the carrying on of specified criminal conduct, and the total value of the property

involved in such financial transactions exceeded one hundred thousand dollars.

**One Hundred Forty-Sixth Pattern Act:**

The defendants DANIEL LEVY, HOI YAT KAM, ALEX LEVY, BRONX SHERIDAN

MEDICAL P.C., and NEW LITE BRONX MEDICAL, P.C. committed the crime of MONEY

LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section

470.15(1)(b)(ii)(A)(iii), as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January

1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in

financial transactions represented the proceeds of specified criminal conduct, conducted such

financial transactions, which in fact involved the proceeds of specified criminal conduct, knowing

that the transactions in whole and in part were designed to conceal and disguise the nature,

location, source, ownership and control of proceeds of specified criminal conduct, and the total

value of the property involved in such financial transactions exceeded one hundred thousand

dollars.

## COUNT TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, "A.K.A. DIMA," DR. HOI YAT KAM, ALEX LEVY, DESMOND CONNELL, RONALD SCHWARTZ, DAN MADRID, HAROUTYOUN TIKRANIAN, SALVATORE LENTINI, LAI FAN XUE, CHENG HE SU, YAN YAN YU, ALEKSANDRA GASHINSKAYA, BRONX SHERIDAN MEDICAL P.C., NEW LITE BRONX MEDICAL, P.C., BEST STAR ADVERTISEMENT CORP., PRO-TWO MANAGEMENT CORP., UNITED MEDICAL BILLING & COLLECTION CORP., COMFORT CHIROPRACTIC, P.C., ALIGN CHIROPRACTIC CARE, P.C., QI BAO ACUPUNCTURE P.C., TAI JI ACUPUNCTURE, P.C. of the crime of SCHEME TO DEFRAUD IN THE FIRST DEGREE, in violation of Penal Law Section 190.65(1)(b), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, engaged in a scheme constituting a systematic ongoing course of conduct with intent to defraud more than one person and to obtain property from more than one person by false and fraudulent pretenses, representations and promises, and so obtained property with a value in excess of one thousand dollars from one and more such persons.

For the No-Fault Claim Pertaining to Claimant One:

## COUNT THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, and BRONX

SHERIDAN MEDICAL P.C. of the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 24, 2006 to on or about July 24, 2006, stole property having a value in excess of three thousand dollars from MetLife Auto & Home Insurance.

## COUNT FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, and BRONX SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 24, 2006 to on or about July 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with MetLife Auto & Home Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

February 24, 2006 to on or about July 24, 2006, stole property having a value in excess of one thousand dollars from MetLife Auto & Home Insurance.

## COUNT SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 24, 2006 to on or about July 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with MetLife Auto & Home Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., and TAI JI ACUPUNCTURE P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 24, 2006 to on or about July 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with MetLife Auto & Home

74

Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant YAN YAN YU of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about February 24, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial comprehensive examination report of Tai Ji Acupuncture P.C.

## COUNT NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant SALVATORE LENTINI of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about February 24, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial examination report of Align Chiropractic Care, P.C.

For the No-Fault Claim Pertaining to Claimant Two:

## COUNT TEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about June 19, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

## COUNT ELEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about May 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT TWELVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., and COMFORT CHIROPRACTIC, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

76

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about June 19, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

## COUNT THIRTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., and COMFORT CHIROPRACTIC, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about May 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT FOURTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., and QI BAO ACUPUNCTURE P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about June 19, 2007, stole property having a value in excess of one

77

thousand dollars from GEICO Insurance.

## COUNT FIFTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., and QI BAO ACUPUNCTURE P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 22, 2006 to on or about May 17, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

For the No-Fault Claim Pertaining to Claimant Three:

## COUNT SIXTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, and BRONX SHERIDAN MEDICAL P.C. of the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about September 25, 2008, stole property having a value in excess of three thousand dollars from American Transit Insurance Company.

78

## COUNT SEVENTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, and BRONX

SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE,

in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

May 19, 2006 to on or about May 8, 2008, committed a fraudulent insurance act, in that the

defendants caused a claim for no-fault insurance benefits to be filed with American Transit

Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to

wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNTEEN EIGHTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, SALVATORE

LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. of

the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law

Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

May 19, 2006 to on or about September 25, 2008, stole property having a value in excess of one

thousand dollars from American Transit Insurance Company.

## COUNT NINETEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, SALVATORE

LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about May 8, 2008, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with American Transit Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT TWENTY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., and TAI JI ACUPUNCTURE P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about September 25, 2008, stole property having a value in excess of one thousand dollars from American Transit Insurance Company.

## COUNT TWENTY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., and TAI JI ACUPUNCTURE P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15,

80

committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about May 8, 2008, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with American Transit Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT TWENTY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEKSANDRA GASHINSKAYA, and BRONX SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 19, 2006 to on or about May 8, 2008, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with American Transit Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT TWENTY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HOI YAT KAM of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about May 1, 2006, with

81

intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of Bronx Sheridan Medical P.C.

## COUNT TWENTY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant SALVATORE LENTINI of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about April 28, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial examination report of Align Chiropractic Care, P.C.

For the No-Fault Claim Pertaining to Claimant Four:

## COUNT TWENTY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, and BRONX SHERIDAN MEDICAL P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT TWENTY-SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, and BRONX SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT TWENTY-SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., and BRONX SHERIDAN MEDICAL P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT TWENTY-EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., and BRONX SHERIDAN MEDICAL P.C. of the crime

of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT TWENTY-NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., and BRONX SHERIDAN MEDICAL P.C. of the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

## COUNT THIRTY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., and BRONX SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

84

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT THIRTY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEKSANDRA GASHINSKAYA, and BRONX SHERIDAN MEDICAL P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT THIRTY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEKSANDRA GASHINSKAYA, and BRONX SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that

85

the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT THIRTY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HOI YAT KAM of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about August 21, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of Bronx Sheridan Medical P.C.


For the No-Fault Claim Pertaining to Claimant Five:

## COUNT THIRTY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID and BRONX SHERIDAN MEDICAL P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

86

## COUNT THIRTY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, and BRONX SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT THIRTY-SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., and BRONX SHERIDAN MEDICAL P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT THIRTY-SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI,

ALIGN CHIROPRACTIC CARE, P.C., and BRONX SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT THIRTY-EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., and BRONX SHERIDAN MEDICAL P.C. of the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

## COUNT THIRTY-NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., and BRONX SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as

88

follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about August 21, 2006 to on or about January 17, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT FORTY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HOI YAT KAM of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about August 21, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of Bronx Sheridan Medical P.C.

For the No-Fault Claim Pertaining to Claimant Six:

## COUNT FORTY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, and BRONX SHERIDAN MEDICAL P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

September 18, 2006 to on or about March 15, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

## COUNT FORTY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, and BRONX SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about December 19, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT FORTY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about March 15, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

## COUNT FORTY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., and ALIGN CHIROPRACTIC CARE, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about December 19, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT FORTY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., and TAI JI ACUPUNCTURE P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about March 15, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

## COUNT FORTY-SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., and TAI JI ACUPUNCTURE P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about December 19, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

### COUNT FORTY-SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEKSANDRA GASHINSKAYA, and BRONX SHERIDAN MEDICAL P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 18, 2006 to on or about December 19, 2006, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

### COUNT FORTY-EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

92

defendant HOI YAT KAM of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about August 7, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of Bronx Sheridan Medical P.C.

## COUNT FORTY-NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant SALVATORE LENTINI of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendants, in the County of Bronx and elsewhere, on or about August 3, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial examination report of Align Chiropractic Care, P.C.

## COUNT FIFTY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant ALEKSANDRA GASHINSKAYA of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about September 28, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an

enterprise, to wit, a physiatric evaluation report of Bronx Sheridan Medical P.C.

<u>For the No-Fault Claim Pertaining to Claimant Seven:</u>

## COUNT FIFTY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, and NEW

LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH

DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one

thousand dollars from Allstate Insurance Company.

## COUNT FIFTY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, and NEW

LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE THIRD

DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that

the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance

Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take,

obtain and withhold property with a value in excess of three thousand dollars.

## COUNT FIFTY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT FIFTY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT FIFTY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

95

defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT FIFTY-SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT FIFTY-SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, ALEKSANDRA GASHINSKAYA, and NEW LITE BRONX MEDICAL, P.C. of the crime of

96

INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 17, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT FIFTY-EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant ALEKSANDRA GASHINSKAYA of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about November 17, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, a physiatric evaluation report of New Lite Bronx Medical, P.C.


For the No-Fault Claim Pertaining to Claimant Eight:

## COUNT FIFTY-NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH

DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT SIXTY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT SIXTY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one

98

thousand dollars from Allstate Insurance Company.

## COUNT SIXTY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT SIXTY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about March 22, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT SIXTY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT SIXTY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, ALEKSANDRA GASHINSKAYA, and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 19, 2006 to on or about February 13, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

100

## COUNT SIXTY-SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant ALEKSANDRA GASHINSKAYA of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendants, in the County of Bronx and elsewhere, on or about November 17, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, a physiatric evaluation report of New Lite Bronx Medical, P.C.

For the No-Fault Claim Pertaining to Claimant Nine:

## COUNT SIXTY-SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

## COUNT SIXTY-EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, and NEW LITE

BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 16, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT SIXTY-NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRATIC, P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT SEVENTY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT SEVENTY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT SEVENTY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, committed a fraudulent insurance act, in that the

defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT SEVENTY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, ALEKSANDRA GASHINSKAYA, and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about October 31, 2006 to on or about April 26, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

For the No-Fault Claim Pertaining to Claimant Ten:

## COUNT SEVENTY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about

104

November 01, 2006 to on or about April 16, 2007, stole property having a value in excess of one thousand dollars from MetLife Auto & Home Insurance.

## COUNT SEVENTY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 01, 2006 to on or about April 16, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with MetLife Auto & Home Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT SEVENTY-SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 01, 2006 to on or about April 16, 2007, stole property having a value in excess of one thousand dollars from MetLife Auto & Home Insurance.

## COUNT SEVENTY-SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 01, 2006 to on or about April 16, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with MetLife Auto & Home Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT SEVENTY-EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant LAI FAN XUE of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about November 01, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial comprehensive examination report of Qi Bao Acupuncture P.C.

## COUNT SEVENTY-NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HOI YAT KAM of the crime of FALSIFYING BUSINESS RECORDS IN THE

FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about November 01, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of New Lite Bronx Medical, P.C.

For the No-Fault Claim Pertaining to Claimant Eleven:

## COUNT EIGHTY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about June 1, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

## COUNT EIGHTY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about May 29, 2007, committed a fraudulent insurance act, in that the

defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT EIGHTY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about May 29, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT EIGHTY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about May 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take,

108

obtain and withhold property with a value in excess of one thousand dollars.

## COUNT EIGHTY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, YAN YAN YU, TAI JI ACUPUNCTURE P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about May 29, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

## COUNT EIGHTY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, YAN YAN YU, TAI JI ACUPUNCTURE P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about May 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT EIGHTY-SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, ALEKSANDRA GASHINSKAYA, BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 18, 2006 to on or about June 1, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

For the No-Fault Claim Pertaining to Claimant Twelve:

## COUNT EIGHTY-SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 9, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

## COUNT EIGHTY-EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, NEW LITE BRONX MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 1, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT EIGHTY-NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., COMFORT CHIROPRACTIC, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 9, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

111

## COUNT NINETY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., COMFORT CHIROPRACTIC, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 1, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT NINETY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., QI BAO ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 9, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

112

## COUNT NINETY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., QI BAO ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 1, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT NINETY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, RONALD SCHWARTZ, ALEX LEVY, ALEKSANDRA GASHINSKAYA, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about December 26, 2006 to on or about March 1, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance,

113

and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT NINETY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HOI YAT KAM of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about December 4, 2006, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of New Lite Bronx Medical, P.C.

## COUNT NINETY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant ALEKSANDRA GASHINSKAYA of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 30, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, a physiatric evaluation report of New Lite Bronx Medical, P.C.

<u>For the No-Fault Claim Pertaining to Claimant Thirteen:</u>

## COUNT NINETY-SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE THIRD DEGREE, in violation of Penal Law Section 155.35, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 11, 2007, stole property having a value in excess of three thousand dollars from Allstate Insurance Company.

## COUNT NINETY-SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 2, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT NINETY-EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., COMFORT CHIROPRACTIC, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 11, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNT NINETY-NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, HAROUTYOUN TIKRANIAN, NEW LITE BRONX MEDICAL, P.C., COMFORT CHIROPRACTIC, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 2, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNTY ONE HUNDRED

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., QI BAO ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 11, 2007, stole property having a value in excess of one thousand dollars from Allstate Insurance Company.

## COUNTY ONE HUNDRED ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, LAI FAN XUE, CHENG HE SU, NEW LITE BRONX MEDICAL, P.C., QI BAO ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 2, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT ONE HUNDRED TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DESMOND CONNELL, ALEX LEVY, ALEKSANDRA GASHINSKAYA, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about February 10, 2007 to on or about July 2, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Allstate Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNTY ONE HUNDRED THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HOI YAT KAM of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 25, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of New Lite Bronx Medical, P.C.

## COUNT ONE HUNDRED FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HAROUTYOUN TIKRANIAN of the crime of FALSIFYING BUSINESS RECORDS

118

IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 22, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial examination report of Comfort Chiropractic, P.C.

For the No-Fault Claim Pertaining to Claimant Fourteen:

## COUNT ONE HUNDRED FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

## COUNT ONE HUNDRED SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT ONE HUNDRED SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., NEW LITE BRONX MEDICAL, P.C. and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

## COUNT ONE HUNDRED EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

120

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT ONE HUNDRED NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, stole property having a value in excess of one thousand dollars from GEICO Insurance.

## COUNT ONE HUNDRED TEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT ONE HUNDRED ELEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, RONALD SCHWARTZ, ALEX LEVY, ALEKSANDRA GASHINSKAYA, NEW LITE BRONX MEDICAL, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 1, 2007 to on or about June 29, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with GEICO Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT ONE HUNDRED TWELVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant LAI FAN XUE of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 30, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the

122

commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial comprehensive examination report of New Lite Bronx Medical, P.C.

## COUNT ONE HUNDRED THIRTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HAROUTYOUN TIKRANIAN of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 30, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of New Lite Bronx Medical, P.C.

## COUNT ONE HUNDRED FOURTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HOI YAT KAM of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about February 1, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of New Lite Bronx Medical, P.C.

For the No-Fault Claim Pertaining to Claimant Fifteen:

## COUNT ONE HUNDRED FIFTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 29, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

## COUNT ONE HUNDRED SIXTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, BRONX SHERIDAN MEDICAL P.C. and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE THIRD DEGREE, in violation of Penal Law Section 176.20, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 12, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of three thousand dollars.

## COUNT ONE HUNDRED SEVENTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., ALIGN CHIROPRACTIC CARE, P.C., and UNITED

MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 29, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

## COUNT ONE HUNDRED EIGHTEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, BRONX SHERIDAN MEDICAL P.C., ALIGN CHIROPRACTIC CARE, P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 12, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT ONE HUNDRED NINETEEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., TAI JI ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

125

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 29, 2007, stole property having a value in excess of one thousand dollars from Liberty Mutual Insurance Company.

## COUNT ONE HUNDRED TWENTY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, BRONX SHERIDAN MEDICAL P.C., TAI JI ACUPUNCTURE P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 2, 2007 to on or about June 12, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with Liberty Mutual Insurance Company, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

For the No-Fault Claim Pertaining to Claimant Sixteen:

## COUNT ONE HUNDRED TWENTY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, BRONX SHERIDAN MEDICAL P.C. and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

126

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about November 6, 2007, stole property having a value in excess of one thousand dollars from AIG Insurance.

## COUNT ONE HUNDRED TWENTY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about October 9, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with AIG Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT ONE HUNDRED TWENTY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about November 6, 2007, stole property having a value in excess of one

127

thousand dollars from AIG Insurance.

## COUNT ONE HUNDRED TWENTY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about October 9, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with AIG Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

## COUNT ONE HUNDRED TWENTY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of GRAND LARCENY IN THE FOURTH DEGREE, in violation of Penal Law Section 155.30(1), committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about November 6, 2007, stole property having a value in excess of one thousand dollars from AIG Insurance.

<u>**COUNT ONE HUNDRED TWENTY-SIX**</u>

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, DAN MADRID, YAN YAN YU, TAI JI ACUPUNCTURE P.C., BRONX SHERIDAN MEDICAL P.C., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of INSURANCE FRAUD IN THE FOURTH DEGREE, in violation of Penal Law Section 176.15, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about May 10, 2007 to on or about October 9, 2007, committed a fraudulent insurance act, in that the defendants caused a claim for no-fault insurance benefits to be filed with AIG Insurance, and thereby wrongfully took, obtained and withheld, and attempted to wrongfully take, obtain and withhold property with a value in excess of one thousand dollars.

<u>**COUNT ONE HUNDRED TWENTY-SEVEN**</u>

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HOI YAT KAM of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about May 10, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, an initial evaluation report of Bronx Sheridan Medical P.C.

<u>**COUNT ONE HUNDRED TWENTY-EIGHT**</u>

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant HOI YAT KAM of the crime of FALSIFYING BUSINESS RECORDS IN THE

129

FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about June 11, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, a follow-up examination report of Bronx Sheridan Medical P.C.

## COUNT ONE HUNDRED TWENTY-NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant ALEKSANDRA GASHINSKAYA of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE, in violation of Penal Law Section 175.10, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about June 26, 2007, with intent to defraud, including an intent to commit another crime and to aid and to conceal the commission thereof, made and caused to be made a false entry in the business records of an enterprise, to wit, a physiatric evaluation report of Bronx Sheridan Medical P.C.

Pertaining to Bribing:

## COUNT ONE HUNDRED THIRTY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant DESMOND CONNELL of the crime of COMMERCIAL BRIBING IN THE FIRST DEGREE, in violation of Penal Law Section 180.03, committed as follows:

The defendant, in the County of Bronx and elsewhere, during a period from on or about 2002 to on or about 2007, conferred, offered and agreed to confer, any benefit upon any

employee, agent and fiduciary, to wit, Ricardo Roman, without the consent of the latter's employer and principal, with intent to influence his conduct in relation to his employer's and principal's affairs, and the value of the benefit conferred and offered and agreed to be conferred exceeded one thousand dollars and caused economic harm to the employer and principal in an amount exceeding two hundred fifty dollars.

## COUNT ONE HUNDRED THIRTY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant DESMOND CONNELL of the crime of COMMERCIAL BRIBING IN THE FIRST DEGREE, in violation of Penal Law Section 180.03, committed as follows:

The defendant, in the County of Bronx and elsewhere, during a period from on or about 2006 to on or about 2007, conferred, offered and agreed to confer, any benefit upon any employee, agent and fiduciary, to wit, Felix Ortega-Pagan, without the consent of the latter's employer and principal, with intent to influence his conduct in relation to his employer's and principal's affairs, and the value of the benefit conferred and offered and agreed to be conferred exceeded one thousand dollars and caused economic harm to the employer and principal in an amount exceeding two hundred fifty dollars.

## COUNT ONE HUNDRED THIRTY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY and DAN MADRID of the crime of COMMERCIAL BRIBING IN THE FIRST DEGREE, in violation of Penal Law Section 180.03, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about March 16, 2007 to on or about April 30, 2007, conferred, offered and agreed to confer, any

benefit upon any employee, agent and fiduciary, to wit, Suheryi Velasquez, without the consent of the latter's employer and principal, with intent to influence her conduct in relation to her employer's and principal's affairs, and the value of the benefit conferred and offered and agreed to be conferred exceeded one thousand dollars and caused economic harm to the employer and principal in an amount exceeding two hundred fifty dollars.

## COUNT ONE HUNDRED THIRTY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DESMOND CONNELL and DAN MADRID of the crime of BRIBERY IN THE THIRD DEGREE, in violation of Penal Law Section 200.00, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about January 2003 to on or about February 2006, conferred, offered and agreed to confer, any benefit upon a public servant, to wit, Franklin Martinez, upon an agreement and understanding that such public servant's vote, opinion, judgment, action, decision and exercise of discretion as a public servant will thereby be influenced.

## COUNT ONE HUNDRED THIRTY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DESMOND CONNELL and DAN MADRID of the crime of BRIBERY IN THE THIRD DEGREE, in violation of Penal Law Section 200.00, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about September 2006 to on or about January 23, 2007, conferred, offered and agreed to confer, any benefit upon a public servant, to wit, Mary Jimenez, upon an agreement and understanding that such public servant's vote, opinion, judgment, action; decision and exercise of discretion as a

132

public servant will thereby be influenced.

## COUNT ONE HUNDRED THIRTY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant DESMOND CONNELL of the crime of BRIBERY IN THE THIRD DEGREE, in violation of Penal Law Section 200.00, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about October 11, 2006, conferred, offered and agreed to confer, any benefit upon a public servant, to wit, Vivian Nwankwo, upon an agreement and understanding that such public servant's vote, opinion, judgment, action, decision and exercise of discretion as a public servant will thereby be influenced.

## COUNT ONE HUNDRED THIRTY-SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DESMOND CONNELL and DAN MADRID of the crime of BRIBERY IN THE THIRD DEGREE, in violation of Penal Law Section 200.00, committed as follows:

The defendants, in the County of Bronx and elsewhere, during a period from on or about November 20, 2006 to on or about April 20, 2007, conferred, offered and agreed to confer, any benefit upon a public servant, to wit, Benito Figueroa, upon an agreement and understanding that such public servant's vote, opinion, judgment, action, decision and exercise of discretion as a public servant will thereby be influenced.

## COUNT ONE HUNDRED THIRTY-SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendant DESMOND CONNELL of the crime of BRIBERY IN THE THIRD DEGREE, in

violation of Penal Law Section 200.00, committed as follows:

The defendant, in the County of Bronx and elsewhere, on or about January 25, 2007, conferred, offered and agreed to confer, any benefit upon a public servant, to wit, Kenton Wright, upon an agreement and understanding that such public servant's vote, opinion, judgment, action, decision and exercise of discretion as a public servant will thereby be influenced.

Pertaining to Money Laundering:

## COUNT ONE HUNDRED THIRTY-EIGHT

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, BRONX SHERIDAN MEDICAL P.C., NEW LITE BRONX MEDICAL, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of MONEY LAUNDERING IN THE FIRST DEGREE, in violation of Penal Law Section 470.20(1)(b)(i)(A)(iii), committed as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of a class A, B, or C felony, conducted such financial transactions, which in fact involved the proceeds of any such felony, with intent to promote the carrying on of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one million dollars.

## COUNT ONE HUNDRED THIRTY-NINE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

defendants DANIEL LEVY, HOI YAT KAM, BRONX SHERIDAN MEDICAL P.C., NEW LITE BRONX MEDICAL, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of MONEY LAUNDERING IN THE FIRST DEGREE, in violation of Penal Law Section 470.20(1)(b)(ii)(A)(iii), committed as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of a class A, B, or C felony, conducted such financial transactions, which in fact involved the proceeds of any such felony, knowing that the transactions in whole and in part were designed to conceal and disguise the nature, location, source, ownership and control of proceeds of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one million dollars.

## COUNT ONE HUNDRED FORTY

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(i)(A)(iii), committed as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such

135

financial transactions, which in fact involved the proceeds of specified criminal conduct, with intent to promote the carrying on of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

## COUNT ONE HUNDRED FORTY-ONE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, HAROUTYOUN TIKRANIAN, COMFORT CHIROPRACTIC, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(ii)(A)(iii), committed as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, knowing that the transactions in whole and in part were designed to conceal and disguise the nature, location, source, ownership and control of proceeds of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

## COUNT ONE HUNDRED FORTY-TWO

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR

136

ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(i)(A)(iii), committed as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, with intent to promote the carrying on of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

## COUNT ONE HUNDRED FORTY-THREE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, SALVATORE LENTINI, ALIGN CHIROPRACTIC CARE, P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(ii)(A)(iii), committed as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, knowing that the transactions in whole and in part were designed to conceal and disguise the nature, location, source, ownership and control of proceeds of specified criminal conduct, and the total

137

value of the property involved in such financial transactions exceeded one hundred thousand dollars.

## COUNT ONE HUNDRED FORTY-FOUR

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(i)(A)(iii), committed as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, with intent to promote the carrying on of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

## COUNT ONE HUNDRED FORTY-FIVE

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, LAI FAN XUE, CHENG HE SU, QI BAO ACUPUNCTURE P.C., PRO-TWO MANAGEMENT CORP., BEST STAR ADVERTISEMENT CORP., and UNITED MEDICAL BILLING & COLLECTION CORP. of the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(ii)(A)(iii), committed as follows:

138

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, knowing that the transactions in whole and in part were designed to conceal and disguise the nature, location, source, ownership and control of proceeds of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

## COUNT ONE HUNDRED FORTY-SIX

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the defendants DANIEL LEVY, HOI YAT KAM, ALEX LEVY, BRONX SHERIDAN MEDICAL P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(i)(A)(iii), committed as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, with intent to promote the carrying on of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

## COUNT ONE HUNDRED FORTY-SEVEN

THE GRAND JURY OF THE COUNTY OF BRONX, by this indictment, accuses the

139

defendants DANIEL LEVY, HOI YAT KAM, ALEX LEVY, BRONX SHERIDAN MEDICAL P.C., and NEW LITE BRONX MEDICAL, P.C. of the crime of MONEY LAUNDERING IN THE SECOND DEGREE, in violation of Penal Law Section 470.15(1)(b)(ii)(A)(iii), committed as follows:

The defendants, in the county of Bronx and elsewhere, during a period from about January 1, 2005 to about November 30, 2007, knowing that the property, namely, money, involved in financial transactions represented the proceeds of specified criminal conduct, conducted such financial transactions, which in fact involved the proceeds of specified criminal conduct, knowing that the transactions in whole and in part were designed to conceal and disguise the nature, location, source, ownership and control of proceeds of specified criminal conduct, and the total value of the property involved in such financial transactions exceeded one hundred thousand dollars.

ANDREW CUOMO
NEW YORK STATE ATTORNEY GENERAL

140