**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

GILEAD SCIENCES, INC., *et al.*,                 :

                                                 :

                                    Plaintiffs,  :        Case No. _____

                                                 :

v.                                               :

                                                 :        **FILED *EX PARTE* AND UNDER SEAL**

PAIN RELIEF RX, INC., *et al.*,                  :        **PURSUANT TO 15 U.S.C. § 1116(d)**

                                                 :

                                    Defendants.  :

-----------------------------------------------------------------

### DECLARATION OF HANNAH LEE

HANNAH LEE, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am a Senior Managing Director at K2 Integrity ("K2"), operating through K2 Intelligence LLC, a preeminent risk, compliance, investigations, and monitoring firm.  I have worked at K2 since 2014, and have been in the position of Senior Managing Director since May 2023, where I have been involved in countless investigations and monitoring activities.

2.      K2 is the preeminent risk, compliance, investigations, and monitoring firm, that provides business intelligence and investigations, asset tracing and recovery, and other services to its clients. The firm includes former prosecutors, lawyers, senior government advisors, regulators, compliance officers, law enforcement and intelligence professionals, forensic accountants, investigative journalists, technology professionals, and academics.

3.      K2 was retained by Patterson Belknap Webb & Tyler LLP on behalf of Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead" or "Plaintiffs") to investigate certain pharmacies.  My investigation was conducted at the request of, and under the supervision and direction of, outside counsel.

4.     My investigation into these pharmacies consisted primarily of searches of publicly available information, as well as searches in commercial databases and other investigative techniques.

5.     I also interviewed a cooperating pharmacist who performed test buys of Gilead-branded HIV medicines from certain pharmacies through online pharmacy-to-pharmacy platforms.

6.     I am fully familiar with the facts discussed below.

**Pain Relief Defendants**

7.     According to its National Provider Information ("NPI") registry, Pain Relief Rx, Inc. is a retail pharmacy located at 63-03 Dry Harbor Rd, Middle Village, NY 11379.  Its NPI record, most recently updated in January 2021, identifies the owner as Khaim Mullokandov.  A true and correct copy of the NPI registry information for Pain Relief is attached as **Exhibit 1**.

8.     Commercial database records indicate that Khaim Mullokandov resides in Fresh Meadows, Queens, New York.

9.     According to testimony in an arbitration Eleanora ("Ella") Mullokandova has acted as the manager of Pain Relief.

10.     Commercial database records indicate that Ella Mullokandova resides in Fresh Meadows, Queens, New York.

11.     According to records available from the New York Department of State, Pain Relief was incorporated on April 27, 2020.  A true and correct copy of Pain Relief's certification of incorporation is attached as **Exhibit 2**.

12.     According to records available from the New York State Education Department Office of the Professions, Pain Relief was first registered as a pharmacy in New York on

November 19, 2020.  No supervising pharmacist is listed.  A true and correct copy of Pain Relief's registration record with the New York State Office of the Professions is attached as **Exhibit 3**.

13.    Public records indicate that, from 2022 to 2025, Pain Relief was sued by car insurance companies in 91 lawsuits premised on the submission of false claims.

14.    Ella Mullokandova testified in a 2023 arbitration hearing concerning Pain Relief's fraudulent scheme and, in early 2025, the arbitrator found in favor of the car insurance company. A true and correct copy of the redacted arbitration award is attached as **Exhibit 4.**

15.    In connection with this counsel-led investigation, I supervised site visits by K2 investigators to pharmacies and residences of the pharmacies' principals.  Those investigators relayed the results of their site visits and their observations to me.

16.    A K2 investigator visited Pain Relief on March 26, 2026 during normal weekday business hours.  Pain Relief was closed and its windows were almost entirely covered.  Through a small opening, the investigator was able to observe a partial view inside the store, indicating only a small amount of product on the shelves in what was otherwise an empty store.  The investigator took the photographs below.

 

17.    The investigator spoke to an employee of a neighboring business, who confirmed that he had never seen Pain Relief open for business.

18.    Public records indicate that Khaim Mullokandov and Ella Mullokandova jointly purchased a single-family home located at 73-06 178th St, Fresh Meadows, New York 11366 in 2016 and that Khaim subsequently deeded it to Ella as the sole owner.  Ella Mullokandova also co-owns the apartment located at 3370 NE 190th Street, Apartment 2415, Aventura, Florida 33180 with Vladislav Plishtiyev through an LLC.  True and correct copies of the most recent deed for 73-06 178th St, Fresh Meadows, New York, records related to the LLC, and property records related to 3370 NE 190th Street, Apartment 2415, Aventura, Florida are attached as **Exhibit 5**.

19.    Public records indicate that Khaim Mullokandov also owns a single-family home located at 84-26 Dana Ct, Middle Village, Queens, New York 11379.  A true and correct copy of the recorded deed for 84-26 Dana Ct, Middle Village, Queens, New York is attached as **Exhibit 6.**

4

20.     Public records indicate that Khaim Mullokandov is associated with two other businesses registered to the same address as Pain Relief Rx—MSK Hairsalon Inc. and MSK Jewelry Inc.  True and correct copies of the New York State Department of State entity information for MSK Hairsalon, Inc., the New York Department of State entity information for MSK Jewelry, Inc., and the certificate of dissolution for MSK Jewelry, Inc. are attached as **Exhibit 7.**

21.     Public records also indicate that Mullokandov is associated with a business incorporated under the name of Pain Relief Rx MK Inc. located at 73-06 178th Street, Fresh Meadows, Queens, New York 11366, the same address as one of the properties he has owned in Queens.  Pain Relief Rx MK was incorporated on April 22, 2025.  A true and correct copy of Pain Relief Rx MK, Inc.'s certificate of incorporation is attached as **Exhibit 8**.

22.     A K2 investigator visited 73-06 178th Street, Fresh Meadows, Queens, New York 11366 on April 7, 2026.  The investigator rang the bell to the residence but received no answer. The investigator observed a Range Rover with New York License Plate No. LUF 4394 and a white Mercedes Benz with New York License Plate No. LRE 2099 parked in the driveway behind a gate.  Online databases confirm that the Range Rover is registered at 63-03 Dry Harbor Rd, Middle Village, Queens, New York 11378 to Pain Relief and that the white Mercedes Benz is registered at 84-26 Dana Ct, Middle Village, Queens, New York 11379 to Khaim Mullokandov.

23.     On April 7, 2026, the K2 investigator also visited 84-26 Dana Ct, Middle Village, Queens, New York 11379.  The investigator knocked on the door and received no answer.  The investigator spoke with a neighbor who confirmed that people reside at the location.

24.     The cooperating pharmacist, who is located in the Eastern District of New York, in sum and substance provided me the following information with regard to test purchases he made regarding Pain Relief:

    a.  In December 2025, the cooperating pharmacist logged on to the pharmacy-to-pharmacy platform InStockRx and searched for the availability of Gilead-branded HIV medicine BIKTARVY®.

    b.  The cooperating pharmacist identified a listing for a purportedly authentic bottle of BIKTARVY® available for $1,999.00, and purchased that bottle.

    c.  When the cooperating pharmacist received the bottle of BIKTARVY®, the accompanying invoice indicated Pain Relief as the seller.

    d.  Also in December 2025, the cooperating pharmacist logged on to the pharmacy-to-pharmacy platform RxPost and searched for the availability of Gilead-branded HIV medicines BIKTARVY® and DESCOVY®.

    e.  There was a listing of purportedly authentic BIKTARVY® for $1,999.00 and a listing of purportedly authentic DESCOVY® for $1,099.00, which the pharmacist purchased.

    f.  The selling pharmacy was not visible on RxPost, but when the cooperating pharmacist received the bottles of BIKTARVY® and DESCOVY® the accompanying invoices indicated Pain Relief as the seller.

    g.  The cooperating pharmacist called the number listed for Pain Relief on the invoices received with the bottles of Gilead-branded HIV medicines to request pedigree information, but the calls went straight to voicemail and were not returned.

h. The cooperating pharmacist sent the bottles that he purchased directly to Gilead.

**Lumix Pharmacy and Levy Defendants**

25. According to its NPI registry, Lumix Pharmacy Inc. is a purported retail pharmacy located at 79-08 Jamaica Avenue, Woodhaven, NY 11421. A true and correct copy of the NPI registry information for Lumix is attached as **Exhibit 9.**

26. According to records available from the New York Department of State, Lumix was incorporated on December 23, 2024. A true and correct copy of Lumix's certificate of incorporation is attached as **Exhibit 10**.

27. According to records available from the New York State Education Department Office of the Professions, Lumix was first registered as pharmacy in New York on March 21, 2025. Richard Galanti is listed as the supervising pharmacist. A true and correct copy of Lumix's registration record with the New York State Office of the Professions is attached as **Exhibit 11.**

28. Commercial database records indicate that Galanti resides in Naples, FL and holds active pharmacy licenses in Florida and New York.

29. An online New York licensure database for pharmacists lists Galanti's location as Naples, FL. A true and correct copy of Galanti's licensee info with the New York State Office of the Professions is attached as **Exhibit 12**

30. A K2 investigator conducted a site visit of Lumix on March 26, 2026 during normal weekday business hours. Lumix was closed and its windows were covered in an opaque wrapping, blocking a view of the store's interior. The investigator took the photographs below.

 

31.     The investigator spoke to an employee of a neighboring business about Lumix, who speculated the business was a front for Medicaid fraud, noting that other than putting up the awning and signage for Lumix several months prior, he had never seen Lumix open and had never observed anyone entering or exiting the store.

32.     The NPI record for Lumix was lasted updated on March 24, 2025 and lists Ariel Levy as the owner/president. *See* Exhibit 9.

33.     NPI records also list Ariel Levy as the owner/president of Prime Well Pharmacy, Inc. located at 12-07 Astoria Boulevard, Astoria, New York, 11102.  New York state records indicate that Prime Well was incorporated on September 12, 2025 and was issued its pharmacy license on December 5, 2025.  True and correct copies of the NPI registry information for Prime Well, the New York Department of State entity information for Prime Well, and Prime Well's registration record with the New York State Office of the Professions are attached as **Exhibit 13.**

34.     On April 6, 2026, a K2 investigator conducted a site visit of Prime Well during normal weekday business hours.  The investigator observed a new sign for Prime Well above an otherwise empty storefront.

35.     Commercial database records indicate that Ariel Levy is associated with Queensbridge Pawn Shop and Alex Pawn Shop, located at 12-13 40th Avenue, Long Island City, New York, 11101.

36.     Commercial database records also indicate that Ariel Levy has been associated with two adjacent multi-family residential units in Rego Park, Queens, New York 11374: 99-54 63rd Ave and 99-56 63rd Ave.

37.     Commercial database records indicate that Daniel Levy, Susana Levy, David Levy, Ben Levy, Marina Davidov, Alex Levy, and Zoya Meirov (collectively with Ariel Levy, the "Levy Family") have also been associated with those addresses and appear to be related.

38.     Using public records, commercial database records, and other standard investigative techniques, K2 identified the following familial relationships between the members of the Levy Family.  Although the evidence supports the family relations stated herein, from public records it is not possible to reach full certainty.

39.     Ariel Levy, aged 76, is the father of Alex Levy, Daniel Levy, Mariana Davidov (née Levy), and Zoya Meirov (née Levy).

40.     Alex Levy is married to Gerda Shimunova.

41.     Benjamin Levy is the son of Alex Levy and Gerda Shimunova.

42.     Susana Levy is related to the other members of the Levy Family.

43.     David Levy, aged 19, is the son of Susana Levy.

44. Public records indicate that Alex Levy and Marina Davidov were listed as two of the co-owners of 99-54 63rd Ave, 1st Floor between 2002 and 2019. Since 2019, ACM9954 LLC has owned the property. Alex and Marina signed purchase documents for the LLC and Daniel is the LLC's listed organizer. *See* Exhibit 20.

45. Public records indicate that Ariel Levy purchased the adjacent property, 99-56 63rd Ave in 2013 and transferred it to Daniel9956 LLC in April 2019 for no consideration. Daniel Levy signed the purchase paperwork on behalf of the LLC. *See* Exhibit 20.

46. Between 2022 and 2024, the Levy Family opened and closed a number of pharmacies.

47. Galaxy Pharmacy Inc., located at 29-18 Hoyt Avenue South in Astoria, Queens, New York, held a New York State pharmacy license from June 2022 to December 2023, when the license was discontinued. According to NPI records, Gerda Shimunova was the pharmacy's president. True and correct copies of Galaxy's registration record with the New York State Office of the Professions, Galaxy's certificate of incorporation, and Galaxy's NPI information as captured on a third-party website are attached as **Exhibit 14.**

48. ClearRx Pharmacy Inc., located at 38-76 10th Street in Long Island City, New York, held a New York State pharmacy license from July 2023 to August 2024, when the license was discontinued. According to NPI records, Benjamin Levy was the pharmacy's owner/president. True and correct copies of ClearRx's registration record with the New York State Office of the Professions, ClearRx's certificate of incorporation, and ClearRx's NPI registry information are attached as **Exhibit 15.**

49. EZ Max Pharmacy Inc., located at 69-39 Myrtle Avenue in Glendale, New York, held a New York State pharmacy license from September 2023 to July 2024, when the license

was discontinued. According to commercial database records based on historic NPI information, Zoya Meirov was the pharmacy's owner/president. True and correct copies of EZ Max's registration record with the New York State Office of the Professions and EZ Max's certificate of incorporation are attached as **Exhibit 16.**

50.     MDRx Pharmacy Inc., located at 22-07 Astoria Boulevard in Astoria, New York, held a New York State pharmacy license from November 2023 to April 2024, when the license was discontinued. According to NPI records, Marina Davidov was the pharmacy's owner/president. MDRx was located four blocks from the current registered location of Prime Well Pharmacy. True and correct copies of MDRx's registration record with the New York State Office of the Professions, MDRx's certificate of incorporation, and MDRx's NPI registry information are attached as **Exhibit 17.**

51.     SkyRx Pharmacy Inc., located at 29-26 Newtown Avenue in Astoria, New York, held a New York State pharmacy license from June 2023 to July 2024, when the license was discontinued. According to commercial database records based on historic NPI information, Susana Levy was the pharmacy's president. True and correct copies of SkyRx's registration record with the New York State Office of the Professions and SkyRx's certificate of incorporation are attached as **Exhibit 18.**

52.     Spectra Pharmacy Inc., located at 29-26 Newtown Avenue in Astoria, New York, held a New York State pharmacy license from August 2023 to March 2024. According to NPI records, David Levy was the pharmacy's owner/president. True and correct copies of Spectra's registration record with the New York State Office of the Professions, Spectra's certificate of incorporation, and Spectra's NPI registry information are attached as **Exhibit 19.**

11

53.     Public records regarding properties owned by the Levy Family are attached to this declaration as **Exhibit 20**.

54.     A K2 investigator conducted a site visit of the multiunit dwellings at 99-54 63rd Ave and 99-56 63rd Ave in Rego Park on March 31, 2026.  The investigator observed two vehicles in the driveway of 99-56 63rd Ave: a black Lexus mid-size SUV with New York License Plate No. KJZ 2921, which public records indicate is registered to Daniel Levy at 99-54 63rd Ave, and a white Lexus sedan without a front license plate.  The investigator also observed a black van with Florida License Plate No. BQ5 5FL.  Commercial database records indicate that Daniel Levy is the registered owner bearing that plate number, however, those records identify the registered vehicle as a white 2010 Lexus 350 ES sedan, not a black van.  Commercial database records list the registered address for the vehicle as 21000 NE 24th Ct, Miami, FL 33180, a property owned by an LLC with a listed mailing address as 99-56 63rd Ave, Rego Park and Daniel Levy listed as the registered agent.  *See* Exhibit 20.  Rather than the black van, the color, make, and model of the vehicle registration records appear to match the car in the driveway of 99-56 63rd Ave with the missing front license plate.  The investigator further observed a black Toyota van parked on the corner near 99-56 63rd Ave with New York License Plate No. LEW 1182, which public records indicate is registered to Alex Levy at 147-64 77th Ave, Queens, New York 11367.  Property records list this as the mailing address for Gerda Shimunova in the appraisal records for a Florida property for which she is listed as the owner. *See* Exhibit 20.

55.     On April 8, 2026, a K2 investigator conducted another site visit of the multiunit dwellings at 99-54 63rd Ave and 99-56 63rd Ave in Rego Park.  The investigator knocked on the doors at both locations but received no answer.  The investigator spoke to a neighbor who

confirmed that Ariel Levy lived at 99-54 63rd Ave.  The investigator also observed "Levy" on the mailbox of unit 1F at 99-54 63rd Ave.

56.    The cooperating pharmacist, who is located in the Eastern District of New York, in sum and substance provided me the following information with regard to test purchases he made regarding Lumix:

a.  In December 2025, the cooperating pharmacist logged on to the pharmacy-to-pharmacy platform Rxeed and searched for the availability of Gilead-branded HIV medicine, BIKTARVY® and DESCOVY®.

b.  There was a listing of purportedly authentic BIKTARVY® for $3,600.00 and a listing of purportedly authentic DESCOVY® for $1700.00.  The cooperating pharmacist purchased both.

c.  The selling pharmacy was not visible on Rxeed, but when the cooperating pharmacist received the bottles of BIKTARVY® and DESCOVY® the accompanying invoices indicated Lumix as the seller.

d.  In January 2026, the cooperating pharmacist again logged on to Rxeed and searched for the availability of Gilead-branded HIV medication, BIKTARVY®.

e.  The cooperating pharmacist identified a listing for a purportedly authentic bottle of BIKTARVY® available for $3,600 and purchased it.

f.  The selling pharmacy was not visible on Rxeed, but when the cooperating pharmacist received the bottle of BIKTARVY® the accompanying invoice indicated Lumix as the seller.

g. Also in January 2026, the cooperating pharmacist searched on Rxeed for the availability of Gilead-branded HIV medication, DESCOVY®.

h. The cooperating pharmacist identified two listings for purportedly authentic bottles of DESCOVY® available for $1,700 and purchased both.

i. The selling pharmacy was not visible on Rxeed, but when the cooperating pharmacist received the bottles of DESCOVY® the accompanying invoice indicated Lumix as the seller.

j. The cooperating pharmacist called the number listed for Lumix on the invoices received with the bottles of Gilead-branded HIV medicines to request pedigree information, but the calls went straight to voicemail and were not returned.

k. The cooperating pharmacist sent the bottles that he purchased directly to Gilead.

**Linden Defendants**

57. According to its NPI registry, Linden Blvd. Rx Inc. is a retail pharmacy located at 24109 Linden Boulevard, Elmont, NY 11003. Its NPI record, most recently updated in April 2025, identifies the owner as Jonathan Abramov.  A true and correct copy of the NPI registry information for Linden is attached as **Exhibit 21.**

58. Commercial database records indicate that Jonathan Abramov resides at 73-40 187th Street, Fresh Meadows, Queens, New York 11366.

59. A K2 investigator visited the address on April 8, 2026 and spoke with a man who identified himself as Jonathan Abramov's father and confirmed that Jonathan Abramov resides at the address.

14

60.    According to records available from the New York Department of State, Linden was incorporated on February 18, 2025.  A true and correct copy of Linden's certificate of incorporation is attached as **Exhibit 22.**

61.    According to records available from the New York State Education Department Office of the Professions, Linden was first registered as pharmacy in New York on April 29, 2025.  No supervising pharmacist is listed.  A true and correct copy of Linden's registration record with the New York State Office of the Professions is attached as **Exhibit 23.**

62.    A K2 investigator visited Linden on March 26, 2026 during normal weekday business hours.  Linden was closed and its windows were covered.  The investigator took the pictures below.

 

63.    The investigator spoke to an employee of a neighboring business, who confirmed that he had never seen Linden open for business.

64.     The cooperating pharmacist, who is located in the Eastern District of New York, in sum and substance provided me the following information with regard to test purchases he made regarding Linden:

a. In January 2026, the cooperating pharmacist searched RxPost for the availability of Gilead-branded HIV medicine, BIKTARVY®.

b. The cooperating pharmacist identified a listing for a purportedly authentic bottle of BIKTARVY® available for $2,284.00 and purchased it.

c. The selling pharmacy was not visible on RxPost, but when the cooperating pharmacist received the bottle of BIKTARVY® the accompanying invoice indicated Linden as the seller.

d. Also in January 2026, the cooperating pharmacist logged on to InStockRx and searched for the availability of Gilead-branded HIV medicines, BIKTARVY® and DESCOVY®.

e. There was a listing of purportedly authentic BIKTARVY® for $3,498.00 and a listing of purportedly authentic DESCOVY® for $1,548.00.  The cooperating pharmacist purchased both products.

f. When the cooperating pharmacist received the bottles of BIKTARVY® and DESCOVY®, the accompanying invoices indicated Linden as the seller.

g. The cooperating pharmacist called the number listed for Linden on the invoices received with the bottles of Gilead-branded HIV medicines to request pedigree information, but the calls went straight to voicemail and were not returned.

16

h.   The cooperating pharmacist sent the bottles that he purchased directly to Gilead.

**Michael's Pharmacy Defendants**

65.   According to its NPI registry, Trinity Global Pharmacy LLC, d/b/a Michael's Pharmacy is a retail pharmacy located at 287 S Orange Ave, Newark, NJ 07103. Its NPI record identifies the owner as Michael Kaldas.  A true and correct copy of the NPI registry information for Michael's Pharmacy as captured on a third-party website is attached as **Exhibit 24.**

66.   According to public records, Kaldas registered Michael's Pharmacy as a retail pharmacy in September 2016.  A true and correct copy of Michael's Pharmacy's registration record with the New Jersey Division of Consumer Affairs is attached as **Exhibit 25.**

67.   According to the LLC documents for Michael's Pharmacy, Selvia Girgis is the co-owner and vice president.  True and correct copies of the long form standing officers for Micahel's Pharmacy and the certificate of renewal of alternate name for Michael's Pharmacy are attached as **Exhibit 26.**

68.   According to public records, Sildevie Tchiekoua Nguetcho is the supervising pharmacist of Michael's Pharmacy.  *See* Exhibit 25.

69.   A K2 investigator visited Michael's Pharmacy on March 27, 2026.  According to signage on its location, Michael's Pharmacy ceased opening its physical location for business as of March 20, 2026.  The investigator took the picture below picture.



70.     Based on public records, Michael's Pharmacy's license was also discontinued on March 20, 2026.  *See* Exhibit 25.

71.     The cooperating pharmacist, who is located in the Eastern District of New York, in sum and substance provided me the following information with regard to a test purchase he made regarding Michael's Pharmacy:

      a.  In February 2026, the cooperating pharmacist conducted a search for DESCOVY® on the online pharmacy-to-pharmacy platform RxWorld.

      b.  The cooperating pharmacist identified a listing for DESCOVY® for $1,840.00 and purchased the product.

      c.  When the bottle arrived, the accompanying invoice indicated Michael's Pharmacy as the seller.

      d.  The cooperating pharmacist sent the bottles that he purchased directly to Gilead.

72.     Based on public records, Kaldas owns a property located at 6 The Crossing, Caldwell, New Jersey 07006.  True and correct copies of the deed, mortgage, and the property assessment for the property are attached as **Exhibit 27.**

73.    Based on public records, Ngeutcho co-owns a property located at 43 Canterbury Lane, Hackettstown, New Jersey 07840 with Eric Ngeutcho Sitio. True and correct copies of the deed and mortgage for the property are attached as **Exhibit 28.**

74.    Based on public records, Girgis co-owns a property located at 31 Fawn Drive, Livington, New Jersey 07039 with Mina Girgis. True and correct copies of the deed, mortgage, and the property assessment for the property are attached as **Exhibit 29.**

75.    Based on public records, Better Houses Group LLC—of which Selvia Girgis is a co-owner with Mina Girgis—owns properties located at 101 Baker Street, Maplewood, New Jersey 07040 and 61 Littleton Road, Morris Plains, New Jersey 07950. True and correct copies of the New Jersey Business Entity information for Better Houses Group LLC and property records for each of the properties is attached as **Exhibit 30.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:  April 13, 2026

New York , New York

Hannah Lee