UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

GILEAD SCIENCES, INC. ET AL.,

                                          Plaintiffs,

             -against-

PAIN RELIEF RX, INC., ET AL.,

                                          Defendants.
--------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
26-cv-2172 (CBA)
EX PARTE MOTION
UNDER SEAL

## ORDER

The Court will hold a hearing on Plaintiffs' ex parte applications on 4/15/2026 at 11:00 A.M. in Courtroom 10D South before Judge Carol Bagley Amon. Plaintiffs should be prepared to answer questions on their applications, including, but not limited to, the following:

- Why shouldn't separate complaints be filed as to each pharmacy and their principals?

- What authority do you have for the request in the seizure order that Defendants be directed to provide their passwords?

- "[A]sset freezes have consistently been confined to preserving the equitable remedy of an accounting for profits." Klipsch Grp., Inc. v. Big Box Store Ltd., No. 12-cv-6283 (AJN), 2012 WL 5265727, at *3 (S.D.N.Y. Oct. 24, 2012). How do the personal residences listed in the asset order constitute profits of the counterfeiting enterprise?

- What evidence do you believe supports freezing the assets of Alex and Daniel Levy?

- Why is the request on pages 5-6 of the Seizure Order asking for disclosure of certain information not better included in an Expedited Discovery Order?

SO ORDERED.

Dated: April 14, 2026
Brooklyn, New York

/s Carol Bagley Amon

Carol Bagley Amon
United States District Judge