## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

GILEAD SCIENCES, INC., *et al.*, : 

                          Plaintiffs, :     Case No. 26-cv-2172 (CBA) (CHK)

v. :

PAIN RELIEF RX, INC., *et al.*, :

                        Defendants. :

## STIPULATION AND [PROPOSED] ORDER MODIFYING ASSET FREEZE AS TO DEFENDANT RICHARD GALANTI

WHEREAS, on April 14, 2026, Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively, "Plaintiffs" or "Gilead") filed their Complaint against, *inter alia*, Defendant Richard Galanti, and sought a temporary restraining order, asset freeze order, and expedited discovery order against Richard Galanti;

WHEREAS, on April 17, 2026, the Honorable Carol B. Amon entered a temporary restraining order, asset freeze order, and expedited discovery order against Richard Galanti;

WHEREAS, Defendant Richard Galanti and Plaintiffs wish to stipulate to a modified asset freeze order;

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs and counsel for Richard Galanti, it is hereby ORDERED that:

1.    Counsel for Richard Galanti may immediately serve this order upon Bank of America and Charles Schwab.

1

2.     Upon service of this Order, Bank of America shall immediately unfreeze Richard Galanti's account ending in 4322 (hereafter the "Checking Account").

3.     Upon service of this Order, Bank of America shall immediately unfreeze Richard Galanti's account ending in 7876 (hereafter the "Savings Account").

4.     Upon service of this Order, Charles Schwab shall withdraw from frozen account ending with 1264 (account holder or signatory: Richard Galanti) $52,125.00 and shall electronically transfer the funds from frozen account ending with 1264 to the Checking Account.

5.     In the event the electronic transfer set forth in paragraph 4 above is not practicable, then Charles Schwab shall deliver the $52,125.00 in withdrawn funds via cashier's check made out to Richard Galanti and shall send the cashier's check to Richard Galanti at 4340 12th Ave SE, Naples, FL 34117 by overnight courier.

6.     For the avoidance of doubt, Charles Schwab shall not unfreeze any other accounts or any other sums beyond those specified in paragraph 4 above from the account ending with 1264 unless and until otherwise ordered by the Court.

7.     On April 30, 2026, the Court's April 17, 2026 asset freeze order was converted into a preliminary injunction against Richard Galanti. Except to the extent inconsistent with this order or subsequently modified by the Court, the provisions of that order remain in effect.

8.     Nothing in this stipulation shall constitute or be treated as an admission by any party, including an admission of any liability, wrongdoing, or violation of law. Plaintiffs and Richard Galanti do not waive and reserve all rights and remedies not specifically addressed herein.

9.     Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: May 7, 2026

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By:

_____

Geoffrey Potter
Timothy A. Waters
1133 Avenue of the Americas
New York, NY 10036-6710
Tel:    (212) 336-2000
Fax:    (212) 336-2222
gpotter@pbwt.com
twaters@pbwt.com

*Counsel for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC*

WILENTZ, GOLDMAN, & SPITZER, P.A.

By:

_____

Angelo Cifaldi

90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095-0958
Phone (855) 945-3689
Mobile: (732) 855-6096
Email: acifaldi@wilentz.com

*Counsel for Defendant Richard Galanti*


SO ORDERED


_____
CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE


Issued: May ___, 2026

3