UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GILEAD SCIENCES INC., *et al.,*                    Case No. 26-CV-2172

                Plaintiffs,                    **DEFENDANT JONATHAN
                                                   ABRAMOV'S ANSWER AND**
        - against -                      **<u>AFFIRMATIVE DEFENSES</u>**

PAIN RELIEF RX, INC., *et al.,*

              Defendants.
-------------------------------------------------------------------x

Defendant Jonathan Abramov ("Jonathan") by and through its attorneys, Rivkin Radler LLP, respectfully submits the following, upon information and belief, as and for its Answer to the Complaint ("Complaint") of Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC ("Plaintiffs") filed on April 14, 2026:

1. Jonathan denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs: "1", "2", "3", "4", "5", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "31", "32", "34", "35", "36", "37", "38", "39", "40", "41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57", "58", "59", "60", "61", "62", "63", "64", "65", "66", "67", "68", "69", "70", "71", "72", "73", "74", "75", "75", "76", "77", "78", "79", "80", "81", "82", "83" "84", "85", "86", "87", "88", "89", "90", "91", "92", "93", "94", "95", "96", "97", "98", "99", "100", "101", "102", "103", "104", "105", "106", "107", "108", "109", "110", "111", "112", "113", "114", "115", "116", "117", "118", "119", "120", "121", "123", "124", "125", "126", "127", "128", "129", "130", "131", "132", "133", "134", "137", "138", "139", "140", "141", "142", "143", "144", "145", "146", "147", "148", "149", "150", "151", "152", "153", "154", "155", "156", "157", "158", "159", "160", "161", "162", "163", "164", "165", "166", "167", "168", "169", "170", "171", "172", "173", "174", "175", "176", "177", "178", "179", "180", "181", "182", "183", "184", "185", "186", "187", "188",

"189", "190", "191", "192", "193", "194", "195", "196", "197", "198", and "199".

2.  Jonathan admits that he is an individual residing in Fresh Meadows, New York, Jonathan otherwise denies the allegations as contained in paragraph "33" of the Complaint.

3.  Jonathan admits that he registered Linden as a retail pharmacy in Elmont, New York, Jonathan otherwise denies the allegations as contained in paragraph "135" of the Complaint.

## AFFIRMATIVE DEFENSES

## AS AND FOR THE FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to plead a legal cognizable claim upon which relief can be granted.

## AS AND FOR SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the statute of limitations.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by lack of standing.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by laches, waiver and/or estoppel.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate its damage.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Any alleged damages to Plaintiffs were caused, in whole or in part, by the acts and/or omissions of co-Defendants over whom Defendant had no control.

Dated: Uniondale, New York  
      May 13, 2026

Respectfully submitted,

RIVKIN RADLER LLP  
*Attorneys for Defendant Jonathan Abramov*

By: */s/ Kenneth C. Murphy*  
    Kenneth C. Murphy  
    926 RXR Plaza  
    Uniondale, New York 11556-0926  
    Telephone:    (516) 357-3000