**THE YITZHAK LAW GROUP**
Erica T. Itzhak, Esq., *Admitted in the Eastern District*
185 Great Neck Road, Suite 442
Great Neck, New York I1021
(516) 466-7144
erica@etylaw.com
*Attorneys for Levy Defendants*


**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
——————————————————————X

GILEAD SCIENCES, INC. and GILEAD
SCIENCES IRELAND UC,

               Plaintiffs,

            v.

 PAIN RELIEF RX, INC.; KHAIM
MULLOKANDOV; LUMIX PHARMACY INC.;
ARIEL LEVY; RICHARD GALANTI; ALEX
LEVY; DANIEL LEVY; GALAXY PHARMACY
INC.; GERDA SHIMUNOVA; CLEARRX
PHARMACY INC.; BENJAMIN LEVY; EZ MAX
PHARMACY INC.; ZOYA MEIROV; MDRX
PHARMACY INC.; MARINA DAVIDOV;
SKYRX PHARMACY INC.; SUSANA LEVY;
SPECTRA PHARMACY INC.; DAVID LEVY;
LINDEN BLVD. RX INC.; JONATHAN
ABRAMOV; TRINITY GLOBAL PHARMACY
LLC d/b/a MICHAEL'S PHARMACY; MICHAEL
KALDAS; SELVIA GIRGIS; and SILDEVIE
TCHIEKOUA NGUETCHO,

               Defendants.
——————————————————————X

Case No. 26-cv-2172

**VERIFIED ANSWER**


     Defendants LUMIX PHARMACY INC., ARIEL LEVY, ALEX LEVY, DANIEL LEVY,

GALAXY PHARMACY INC., GERDA SHIMUNOVA, CLEARRX PHARMACY INC.,

BENJAMIN LEVY, EZ MAX PHARMACY INC., ZOYA MEIROV, MDRX PHARMACY INC.,

MARINA DAVIDOV, SKYRX PHARMACY INC., SUSANA LEVY, SPECTRA PHARMACY INC., and DAVID LEVY (collectively, the "Answering Defendants"), by and through their attorneys, THE YITZHAK LAW GROUP, for their Answer to the Complaint herein respond, upon information and belief, as follows:

1. As to the allegations in Paragraph 1 of the Complaint, Defendants ARIEL LEVY, ALEX LEVY, DANIEL LEVY, BENJAMIN LEVY, ZOYA MEIROV, MARINA DAVIDOV, SUSANA LEVY, and DAVID LEVY invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack information as to the allegations.

2. As to the allegations in Paragraph 2, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack information as to the allegations.

3. As to the allegations in Paragraph 3, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack information as to the allegations.

4. As to the allegations in Paragraph 4, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack information as to the allegations

5. As to the allegations in Paragraph 5, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack information as to the allegations

6.  As to the allegations in Paragraph 6, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack information as to the allegations.

7.  As to the allegations in Paragraph 7, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack information as to the allegations.

8.  As to the allegations in Paragraph 8, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack information as to the allegations.

9.  As to the allegations in Paragraph 9, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack information as to the allegations.

10. As to Paragraph 10, Answering Defendants lack knowledge or information sufficient to form a belief as to the allegations concerning Plaintiffs.

11. As to Paragraph 11, Answering Defendants lack knowledge or information sufficient to form a belief.

12. As to Paragraph 12, Answering Defendants lack knowledge or information sufficient to form a belief.

13. As to Paragraph 13, Answering Defendants lack knowledge or information sufficient to form a belief.

14. As to Paragraph 14, Answering Defendants lack knowledge or information sufficient to form a belief.

15. As to Paragraph 15, Defendant LUMIX PHARMACY INC. admits solely that it is a New York corporation. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and all remaining allegations are denied. The entity Defendants lack information as to the allegations.

16. As to Paragraph 16, Defendant ARIEL LEVY admits solely that he is an individual. ARIEL LEVY invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution as to all remaining allegations.

17. The Defendants lack information as to the allegations in Paragraph 17 of the Complaint.

18. As to Paragraph 18, Defendant GALAXY PHARMACY INC. admits solely that it is a New York corporation. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution, and The entity Defendants lack information as to the allegations.

19. As to Paragraph 19, Defendant GERDA SHIMUNOVA admits solely that she is an individual. GERDA SHIMUNOVA invokes her Fifth Amendment right as to all remaining allegations.

20. As to Paragraph 20, Defendant CLEARRX PHARMACY INC. admits solely that it is a New York corporation. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution, and The entity Defendants lack information as to the allegations.

21. As to Paragraph 21, Defendant BENJAMIN LEVY admits solely that he is an individual. BENJAMIN LEVY invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution.

22. As to Paragraph 22, Defendant EZ MAX PHARMACY INC. admits solely that it is a New York corporation. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution, and The entity Defendants lack information as to the allegations.

23. As to Paragraph 23, Defendant ZOYA MEIROV admits solely that she is an individual. ZOYA MEIROV invokes her right against self-incrimination under the Fifth Amendment to the U.S. Constitution as to all remaining allegations.

24. As to Paragraph 24, Defendant MDRX PHARMACY INC. admits solely that it is a New York corporation. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution, and The entity Defendants lack information as to the allegations.

25. As to Paragraph 25, Defendant MARINA DAVIDOV admits solely that she is an individual. MARINA DAVIDOV invokes her right against self-incrimination under the Fifth Amendment to the U.S. Constitution as to all remaining allegations.

26. As to Paragraph 26, Defendant SKYRX PHARMACY INC. admits solely that it is a New York corporation. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution, and The entity Defendants lack information as to the allegations.

27. As to Paragraph 27, Defendant SUSANA LEVY admits solely that she is an individual. SUSANA LEVY invokes her right against self-incrimination under the Fifth Amendment to the U.S. Constitution as to all remaining allegations.

28. As to Paragraph 28, Defendant SPECTRA PHARMACY INC. admits solely that it is a New York corporation. The individual Defendants invoke their rights against self-

incrimination under the Fifth Amendment to the U.S. Constitution, and The entity Defendants lack information as to the allegations.

29. As to Paragraph 29, Defendant DAVID LEVY admits solely that he is an individual. DAVID LEVY invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution as to all remaining allegations.

30. As to Paragraph 30, Defendant ALEX LEVY admits solely that he is an individual. ALEX LEVY invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution as to all remaining allegations.

31. As to Paragraph 31, Defendant DANIEL LEVY admits solely that he is an individual. DANIEL LEVY invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution as to all remaining allegations.

32. As to Paragraph 32, Answering Defendants lack knowledge or information sufficient to form a belief.

33. As to Paragraph 33, Answering Defendants lack knowledge or information sufficient to form a belief.

34. As to Paragraph 34, Answering Defendants lack knowledge or information sufficient to form a belief.

35. As to Paragraph 35, Answering Defendants lack knowledge or information sufficient to form a belief.

36. As to Paragraph 36, Answering Defendants lack knowledge or information sufficient to form a belief.

37. As to Paragraph 37, Answering Defendants lack knowledge or information sufficient to form a belief.

38. The allegations in Paragraph 38 constitute legal conclusions to which no response is required. To the extent a response is deemed required, the entity Defendants lack information sufficient to form a belief the allegations. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

39. The allegations in Paragraph 39 constitute legal conclusions to which no response is required. To the extent a response is deemed required, the entity Defendants lack information sufficient to form a belief the allegations. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

40. The allegations in Paragraph 40 constitute legal conclusions to which no response is required. To the extent a response is deemed required, the entity Defendants lack information sufficient to form a belief the allegations. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

41. The allegations in Paragraph 41 constitute legal conclusions to which no response is required. To the extent a response is deemed required, the entity Defendants lack information sufficient to form a belief the allegations. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

42. As to Paragraph 42, The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution, and The entity Defendants lack information as to the allegations.

43. As to Paragraph 43, The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution, and the entity Defendants lack information as to the allegations.

44. As to Paragraph 44, Answering Defendants lack knowledge or information sufficient to form a belief.

45. As to Paragraph 37, Answering Defendants lack knowledge or information sufficient to form a belief.

46. The allegations in Paragraph 46 constitute legal conclusions to which no response is required. To the extent a response is deemed required, the entity Defendants lack information sufficient to form a belief the allegations. The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

47. As to Paragraph 47, Answering Defendants lack knowledge or information sufficient to form a belief.

48. As to Paragraph 48, Answering Defendants lack knowledge or information sufficient to form a belief.

49. As to Paragraph 49, Answering Defendants lack knowledge or information sufficient to form a belief.

50. As to Paragraph 50, Answering Defendants lack knowledge or information sufficient to form a belief.

51. As to Paragraph 51, Answering Defendants lack knowledge or information sufficient to form a belief.

52. As to Paragraph 52, Answering Defendants lack knowledge or information sufficient to form a belief.

53. As to Paragraph 53, Answering Defendants lack knowledge or information sufficient to form a belief.

54. As to Paragraph 54, Answering Defendants lack knowledge or information sufficient to form a belief.

55. As to Paragraph 55, Answering Defendants lack knowledge or information sufficient to form a belief.

56. As to Paragraph 56, Answering Defendants lack knowledge or information sufficient to form a belief.

57. As to Paragraph 57, Answering Defendants lack knowledge or information sufficient to form a belief.

58. As to Paragraph 58, Answering Defendants lack knowledge or information sufficient to form a belief.

59. As to Paragraph 59, Answering Defendants lack knowledge or information sufficient to form a belief.

60. As to Paragraph 60, Answering Defendants lack knowledge or information sufficient to form a belief.

61. As to Paragraph 61, Answering Defendants lack knowledge or information sufficient to form a belief.

62. As to Paragraph 62, Answering Defendants lack knowledge or information sufficient to form a belief.

63. As to Paragraph 63, Answering Defendants lack knowledge or information sufficient to form a belief.

64. As to Paragraph 64, Answering Defendants lack knowledge or information sufficient to form a belief.

65. As to Paragraph 65, Answering Defendants lack knowledge or information sufficient to form a belief.

66. As to Paragraph 66, Answering Defendants lack knowledge or information sufficient to form a belief.

67. As to Paragraph 67, Answering Defendants lack knowledge or information sufficient to form a belief.

68. As to Paragraph 68, Answering Defendants lack knowledge or information sufficient to form a belief.

69. As to Paragraph 69, Answering Defendants lack knowledge or information sufficient to form a belief.

70. As to Paragraph 70, Answering Defendants lack knowledge or information sufficient to form a belief.

71. As to Paragraph 71, Answering Defendants lack knowledge or information sufficient to form a belief.

72. As to Paragraph 72, Answering Defendants lack knowledge or information sufficient to form a belief.

73. As to Paragraph 73, Answering Defendants lack knowledge or information sufficient to form a belief.

74. As to Paragraph 74, Answering Defendants lack knowledge or information sufficient to form a belief.

75. As to Paragraph 75, Answering Defendants lack knowledge or information sufficient to form a belief.

76. As to Paragraph 76, The individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution, and the entity Defendants lack information as to the allegations.

77. As to the allegations in Paragraph 77, the individual Defendants invoke their right against self-incrimination under the Fifth Amendment to the U.S. Constitution and the entity Defendants lack information as to the allegations.

78. As to the allegations in Paragraph 78, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants deny the allegations.

79. As to the allegations in Paragraph 79, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the entity Defendants lack information as to the allegations.

80. As to the allegations in Paragraph 80, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the entity Defendants lack information as to the allegations.

81. As to the allegations in Paragraph 81, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the entity Defendants lack information as to the allegations.

82. As to Paragraph 82, Answering Defendants lack knowledge or information sufficient to form a belief.

83. As to Paragraph 83, Answering Defendants lack knowledge or information sufficient to form a belief.

84. As to Paragraph 84, Answering Defendants lack knowledge or information sufficient to form a belief.

85. As to Paragraph 85, Answering Defendants lack knowledge or information sufficient to form a belief.

86. As to Paragraph 86, Answering Defendants lack knowledge or information sufficient to form a belief.

87. As to Paragraph 87, Answering Defendants lack knowledge or information sufficient to form a belief.

88. As to Paragraph 88, Answering Defendants lack knowledge or information sufficient to form a belief.

89. As to Paragraph 89, Answering Defendants lack knowledge or information sufficient to form a belief.

90. As to Paragraph 90, Answering Defendants lack knowledge or information sufficient to form a belief.

91. As to Paragraph 91, Answering Defendants lack knowledge or information sufficient to form a belief.

92. As to Paragraph 92, Answering Defendants lack knowledge or information sufficient to form a belief.

93. As to Paragraph 93, Answering Defendants lack knowledge or information sufficient to form a belief.

94. As to Paragraph 94, Answering Defendants lack knowledge or information sufficient to form a belief.

95. As to Paragraph 95, Answering Defendants lack knowledge or information sufficient to form a belief.

96. As to Paragraph 96, Answering Defendants lack knowledge or information sufficient to form a belief.

97. As to Paragraph 97, Answering Defendants lack knowledge or information sufficient to form a belief.

98. As to Paragraph 98, Answering Defendants lack knowledge or information sufficient to form a belief.

99. As to Paragraph 99, Answering Defendants lack knowledge or information sufficient to form a belief.

100. As to Paragraph 100, Answering Defendants lack knowledge or information sufficient to form a belief.

101. As to Paragraph 101, Answering Defendants lack knowledge or information sufficient to form a belief.

102. As to Paragraph 102, Answering Defendants lack knowledge or information sufficient to form a belief.

103. As to Paragraph 103, Answering Defendants lack knowledge or information sufficient to form a belief.

104. As to the allegations in Paragraph 104, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant

Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief except admits that Lumix Pharmacy Inc. was registered as a retail pharmacy.

105.     As to the allegations in Paragraph 105, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

106.     As to the allegations in Paragraph 106, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

107.     As to the allegations in Paragraph 107, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacsk knowledge or information sufficient to form a belief.

108.     As to the allegations in Paragraph 108, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

109.     As to the allegations in Paragraph 109, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. denies the allegations.

110.     As to the allegations in Paragraph 110, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lack knowledge or information sufficient to form a belief.

111.     As to the allegations in Paragraph 111, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

112.    As to the allegations in Paragraph 112, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

113.    As to the allegations in Paragraph 113, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

114.    As to the allegations in Paragraph 114, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

115.    As to the allegations in Paragraph 115, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

116.    As to the allegations in Paragraph 116, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

117.    As to the allegations in Paragraph 117, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

118.    As to the allegations in Paragraph 118, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

119.      As to the allegations in Paragraph 119, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

120.      As to the allegations in Paragraph 120, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

121.      As to the allegations in Paragraph 121, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

122.      As to the allegations in Paragraph 122, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Lumix Pharmacy Inc. lacks knowledge or information sufficient to form a belief..

123.      As to the allegations in Paragraph 123, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

124.      As to the allegations in Paragraph 124, Defendants Daniel Levy and Alex Levy invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

125.      As to the allegations in Paragraph 125, Defendants Daniel Levy, Alex Levy, Gerda Shimunova, Benjamin Levy, Zoya Meirov, Marina Davidov, Ariel Levy, Susana Levy, and David Levy invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

126.     As to the allegations in Paragraph 126, Defendant Gerda Shimunova invokes her right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Galaxy lacks knowledge or information sufficient to form a belief.

127.     As to the allegations in Paragraph 127, Defendant Benjamin Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant ClearRx Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

128.     As to the allegations in Paragraph 128, Defendant Zoya Meirov invokes her right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant EZ Max Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

129.     As to the allegations in Paragraph 129, Defendant Marina Davidov invokes her right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant MDRx Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

130.     As to the allegations in Paragraph 130, Defendant Susana Levy invokes her right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant SkyRx Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

131.     As to the allegations in Paragraph 131, Defendant David Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Spectra Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

132.     As to the allegations in Paragraph 132, Defendant David Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. Defendant Spectra Pharmacy Inc. lacks knowledge or information sufficient to form a belief.

133.     As to the allegations in Paragraph 133, Defendant Ariel Levy invokes his right against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack knowledge or information sufficient to form a belief..

134.     As to the allegations in Paragraph 134, the individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution. The entity Defendants lack knowledge or information sufficient to form a belief.

135.     As to Paragraph 135, Answering Defendants lack knowledge or information sufficient to form a belief.

136.     As to Paragraph 136, Answering Defendants lack knowledge or information sufficient to form a belief.

137.     As to Paragraph 137, Answering Defendants lack knowledge or information sufficient to form a belief.

138.     As to Paragraph 138, Answering Defendants lack knowledge or information sufficient to form a belief.

139.     As to Paragraph 139, Answering Defendants lack knowledge or information sufficient to form a belief.

140.     As to Paragraph 140, Answering Defendants lack knowledge or information sufficient to form a belief.

141.     As to Paragraph 141, Answering Defendants lack knowledge or information sufficient to form a belief.

142.     As to Paragraph 142, Answering Defendants lack knowledge or information sufficient to form a belief.

143. As to Paragraph 143, Answering Defendants lack knowledge or information sufficient to form a belief.

144. As to Paragraph 144, Answering Defendants lack knowledge or information sufficient to form a belief.

145. As to Paragraph 145, Answering Defendants lack knowledge or information sufficient to form a belief.

146. As to Paragraph 146, Answering Defendants lack knowledge or information sufficient to form a belief.

147. As to Paragraph 147, Answering Defendants lack knowledge or information sufficient to form a belief.

148. As to Paragraph 148, Answering Defendants lack knowledge or information sufficient to form a belief.

149. As to Paragraph 149, Answering Defendants lack knowledge or information sufficient to form a belief.

150. As to Paragraph 150, Answering Defendants lack knowledge or information sufficient to form a belief.

151. As to Paragraph 151, Answering Defendants lack knowledge or information sufficient to form a belief.

152. As to Paragraph 152, Answering Defendants lack knowledge or information sufficient to form a belief.

153. As to Paragraph 153, Answering Defendants lack knowledge or information sufficient to form a belief.

154.     As to Paragraph 154, Answering Defendants lack knowledge or information sufficient to form a belief.

155.     As to Paragraph 155, Answering Defendants lack knowledge or information sufficient to form a belief.

156.     As to Paragraph 156, Answering Defendants lack knowledge or information sufficient to form a belief.

157.     As to Paragraph 157, Answering Defendants lack knowledge or information sufficient to form a belief.

## ANSWER TO FIRST CLAIM FOR RELIEF(FEDERAL TRADEMARK INFRINGEMENT – 15 U.S.C. § 1114(1)(A))

158.     As to the allegations in Paragraph 158, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and Corporate Defendants lack knowledge or information sufficient to form a belief.

159.     As to the allegations in Paragraph 159, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

160.     As to the allegations in Paragraph 160, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

161.     As to the allegations in Paragraph 161, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

162.     As to the allegations in Paragraph 162, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

163.	As to the allegations in Paragraph 163, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

164.	As to the allegations in Paragraph 164, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution.

## ANSWER TO SECOND CLAIM FOR RELIEF (FEDERAL TRADEMARK INFRINGEMENT – 15 U.S.C. § 1114(1)(B))

165.	The Levy Defendants reallege and incorporate by reference the paragraphs above as if fully set forth herein.

166.	As to the allegations in Paragraph 166, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the Corporate Defendants lack knowledge or information sufficient to form a belief.

167.	As to the allegations in Paragraph 167, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the Corporate Defendants lack knowledge or information sufficient to form a belief.

168.	As to the allegations in Paragraph 168, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the Corporate Defendants lack knowledge or information sufficient to form a belief.

169.	As to the allegations in Paragraph 169, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the Corporate Defendants lack knowledge or information sufficient to form a belief.

170.	As to the allegations in Paragraph 170, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the Corporate Defendants lack knowledge or information sufficient to form a belief.

171.     The allegations in Paragraph 171 call for a legal conclusion.

172.     The allegations in Paragraph 172 call for a legal conclusion.

## ANSWER TO THIRD CLAIM FOR RELIEF(FALSE DESIGNATION OF ORIGIN – 15 U.S.C. § 1125(a))

173.     The Levy Defendants reallege and incorporate by reference the paragraphs above as if fully set forth herein.

174.     As to the allegations in Paragraph 174, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the Corporate Defendants lack knowledge or information sufficient to form a belief.

175.     The allegations in Paragraph 175 call for a legal conclusion.

176.     The allegations in Paragraph 176 call for a legal conclusion.

177.     The allegations in Paragraph 177 call for a legal conclusion.

178.     The allegations in Paragraph 178 call for a legal conclusion.

179.     The allegations in Paragraph 179 call for a legal conclusion.

## ANSWER TO FOURTH CLAIM FOR RELIEF (FEDERAL FALSE ADVERTISING – 15 U.S.C. § 1125(a)(1)(B))

180.     The Levy Defendants reallege and incorporate by reference the paragraphs above as if fully set forth herein.

181.     As to the allegations in Paragraph 181, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the Corporate Defendants lack knowledge or information sufficient to form a belief.

182.	As to the allegations in Paragraph 182, the Individual Defendants invoke their rights against self-incrimination under the Fifth Amendment to the U.S. Constitution and the Corporate Defendants lack knowledge or information sufficient to form a belief.

183.	The allegations in Paragraph 183 call for a legal conclusion.

184.	The allegations in Paragraph 184 call for a legal conclusion.

185.	The allegations in Paragraph 185 call for a legal conclusion.

186.	The allegations in Paragraph 186 call for a legal conclusion.

187.	The allegations in Paragraph 187 call for a legal conclusion.

## ANSWER TO FIFTH CLAIM FOR RELIEF (NEW YORK DECEPTIVE BUSINESS PRACTICES – GBL § 349)

188.	The Levy Defendants reallege and incorporate by reference the paragraphs above as if fully set forth herein.

189.	The allegations in Paragraph 189 call for a legal conclusion.

190.	The allegations in Paragraph 190 call for a legal conclusion.

191.	The allegations in Paragraph 191 call for a legal conclusion.

## ANSWER TO SIXTH CLAIM FOR RELIEF (COMMON LAW UNFAIR COMPETITION)

192.	The Levy Defendants reallege and incorporate by reference the paragraphs above as if fully set forth herein.

193.	The allegations in Paragraph 193 calls for a legal conclusion.

194.	The allegations in Paragraph 194 calls for a legal conclusion.

195.	The allegations in Paragraph 195 call for a legal conclusion.

196.    The allegations in Paragraph 196 calls for a legal conclusion.

## ANSWER TO SEVENTH CLAIM FOR RELIEF (COMMON LAW UNJUST ENRICHMENT)

197.    The Levy Defendants reallege and incorporate by reference the paragraphs above as if fully set forth herein.

198.    The allegations in Paragraph 198 call for a legal conclusion.

199.    The allegations in Paragraph 199 call for a legal conclusion.

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE: FAILURE TO STATE A CLAIM

200.    Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND DEFENSE: LACK OF PERSONAL INVOLVEMENT (INDIVIDUAL DEFENDANTS)

201.    The Complaint fails to allege facts showing that the Individual Defendants personally participated in, directed, or had knowledge of the alleged misconduct.

## THIRD DEFENSE: NO WILLFUL INFRINGEMENT

202.    Any alleged conduct was not willful, intentional, or undertaken in bad faith, and enhanced damages and attorneys' fees are therefore barred.

## FOURTH DEFENSE: FIRST SALE / EXHAUSTION DOCTRINE

203.     To the extent any products were genuine Gilead products lawfully introduced into commerce, Plaintiff's claims are barred by the first sale doctrine.

## FIFTH DEFENSE: MATERIAL DIFFERENCE NOT ESTABLISHED

204.     Plaintiff cannot show that any products were materially different from genuine goods in a manner that would support trademark liability.

## SIXTH DEFENSE: FAILURE TO MITIGATE DAMAGES

205.     Plaintiff's recovery, if any, must be reduced because it failed to mitigate its alleged damages.

## SEVENTH DEFENSE: LACHES

206.     Plaintiff's claims are barred, in whole or in part, by the doctrine of laches due to unreasonable delay.

## EIGHTH DEFENSE: UNCLEAN HANDS

207.     Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

## NINTH DEFENSE: WAIVER AND ESTOPPEL

208.     Plaintiff's claims are barred, in whole or in part, by waiver and/or estoppel.

## TENTH DEFENSE: INTERVENING / SUPERSEDING CAUSE

209.     Any alleged damages were caused, in whole or in part, by the acts or omissions of third parties over whom Defendants had no control.

### ELEVENTH DEFENSE: LACK OF PROXIMATE CAUSE

210.      Plaintiff cannot establish that any alleged conduct by Defendants was the

proximate cause of its claimed damages.

### TWELVTH DEFENSE: GOOD FAITH

211.      Defendants acted in good faith and without intent to deceive or infringe.

### THIRTEENTH DEFENSE: RESERVATION OF RIGHTS

212.      Defendants reserve the right to assert additional defenses as discovery proceeds.


Dated: Great Neck, New York
        May 11, 2026

**THE YITZHAK LAW GROUP**
*Attorneys for Defendants*

By: //s// Erica T. Itzhak
Erica T. Itzhak Esq.
185 Great Neck Road, Suite 442
Great Neck, New York 11021
(516) 466-7144

## <u>Verification</u>

**ARIEL LEVY** affirms under the penalties of perjury pursuant to the laws of the State of New York, which may include a fine or imprisonment, that I am a defendant in the within action and that the foregoing Answer is true to my own knowledge, except as to matters therein stated to be alleged on information and belief; and as to those matters I believe them to be true. I understand that this document may be filed in an action or proceeding in a court of law.

Dated: Queens, New York

May 11, 2026

_____

Ariel Levy

6