**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

GILEAD SCIENCES, INC., *et al.*,                    :

                      Plaintiffs,       :

                               :       Case No. 26-CV-2172 (CBA) (CHK)

v.                                                  :

PAIN RELIEF RX, INC., *et al.*,                     :

                    Defendants.       :

-----------------------------------------------------------------

## [PROPOSED] ORDER TO SHOW CAUSE FOR CONTEMPT SANCTIONS AND AN ORDER TO COMPEL AGAINST THE LEVY FAMILY DEFENDANTS

ORDERED that Defendants Ariel Levy, Alex Levy, Daniel Levy, Susana Levy, Benjamin Levy, David Levy, Marina Davidov, Zoya Meirov, Gerda Shimunova, Lumix Pharmacy Inc., Galaxy Pharmacy Inc., ClearRx Pharmacy Inc., Ez Max Pharmacy Inc., MDRx Pharmacy Inc., SkyRx Pharmacy Inc., and Spectra Pharmacy Inc.,  shall show cause before this Court at Courtroom _____, Theodore Roosevelt United State Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, on the ___ day of _____, 2026 at ____ o'clock __.m., or such other date as may be fixed by the Court, why (1) contempt sanctions should not be issued against Defendants Lumix Pharmacy Inc. and its principal Ariel Levy for violating this Court's Seizure Order, and (2) why an order compelling the production of documents pursuant to Federal Rule of Civil Procedure 37(a) should not be issued against Defendants Ariel Levy, Alex Levy, Daniel Levy, Susana Levy, Benjamin Levy, David Levy, Marina Davidov, Zoya Meirov, Gerda Shimunova, Lumix Pharmacy Inc., Galaxy Pharmacy Inc., ClearRx Pharmacy Inc., Ez Max Pharmacy Inc., MDRx Pharmacy Inc., SkyRx Pharmacy Inc., and Spectra Pharmacy Inc.; and it is further

ORDERED that answering papers, if any, be filed by Defendants with this Court and served upon Plaintiffs' counsel, on or before the _____ day of _____, 2026, and reply papers shall be filed and served on or before the _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

Issued:  May _____, 2026 at _____ o'clock _____.