## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

GILEAD SCIENCES, INC., *et al.*,      :

     :

           Plaintiffs,      :      Case No. 26-cv-2172 (CBA) (CHK)

     :

v.      :

     :

PAIN RELIEF RX, INC., *et al.*,      :

     :

           Defendants.      :

-----------------------------------------------------------------

## STIPULATION AND [PROPOSED] CONFIDENTIALITY ORDER

WHEREAS, on April 14, 2026, Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively, "Plaintiffs" or "Gilead") filed their Complaint against Defendants Pain Relief Rx., Inc. *et al.* and sought, *inter alia*, a seizure order against certain defendants and an expedited discovery order against defendants and certain non-parties, including banks such as HSBC North America Holdings Inc. ("HSBC");

WHEREAS, on April 17, 2026, the Honorable Carol B. Amon entered, *inter alia*, the seizure order and the expedited discovery order;

WHEREAS, HSBC wishes to maintain the confidentiality of any documents it produces to Gilead in accordance with the expedited discovery order;

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs and counsel for HSBC, it is hereby ORDERED that:

1.      All documents produced to Gilead by HSBC in this litigation shall be treated as confidential pursuant to the confidentiality provisions on pages 8-10 of the seizure order.

2.      Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: June 1, 2026

Respectfully submitted,

| PATTERSON BELKNAP WEBB & TYLER LLP<br><br> By:<br><br>_[signature]_<br><br>_____<br>Geoffrey Potter<br>Timothy A. Waters<br>Isaac J. Weingram<br>Caroline Zielinski<br>Anna Petrocelli<br>1133 Avenue of the Americas<br>New York, NY  10036-6710<br>Tel:    (212) 336-2000<br>Fax:    (212) 336-2222<br>gpotter@pbwt.com<br>twaters@pbwt.com<br>iweingram@pbwt.com<br>czielinski@pbwt.com<br>apetrocelli@pbwt.com<br><br>_Counsel for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC_ | HSBC NORTH AMERICA HOLDINGS INC.<br><br><br>By:<br><br><br><br> _/s/ Kate Walsh_<br>Kate Walsh<br><br>66 Hudson Boulevard East<br>New York, NY 10001<br>Phone (212) 525-6606<br>Email: kate1.walsh@us.hsbc.com<br><br><br>_Counsel for HSBC North America Holdings Inc._ |

SO ORDERED

_____
CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE

Issued:  June __, 2026