**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------
GILEAD SCIENCES, INC., *et al.*,                         :
                                                        :
                              Plaintiffs,               :
                                                        :       Case No. 26-cv-2172 (CBA) (CHK)
v.                                                      :
                                                        :
PAIN RELIEF RX, INC., *et al.*,                         :
                                                        :
                              Defendants.               :
-----------------------------------------------------------------

### STIPULATION AND [PROPOSED] ORDER MODIFYING ASSET FREEZE AS TO INDIVIDUAL LEVY FAMILY DEFENDANTS

WHEREAS, on April 14, 2026, Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively, "Plaintiffs" or "Gilead") filed their Complaint against, *inter alia*, Defendants Ariel Levy, Alex Levy, Daniel Levy, Susana Levy, David Levy, Benjamin Levy, Marina Davidov, Zoya Meirov, and Gerda Shimunova (collectively the "Individual Levy Family Defendants"), and sought a temporary restraining order, asset freeze order, and expedited discovery order against the Individual Levy Family Defendants;

WHEREAS, on April 17, 2026, the Honorable Carol B. Amon entered a temporary restraining order, asset freeze order, and expedited discovery order against the Individual Levy Family Defendants;

WHEREAS, the Individual Levy Family Defendants and Plaintiffs wish to stipulate to a modified asset freeze order;

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs and counsel for the Individual Levy Family Defendants, it is hereby ORDERED that:

1

1.      Counsel for the Individual Levy Family Defendants may immediately serve this order upon Bank of America, N.A., Capital One, N.A., Citibank N.A., JPMorgan Chase, N.A., TD Bank, N.A., and Webster Bank.

2.      Upon service of this Order, Bank of America shall:

   a.   immediately unfreeze the account ending in 1343 (account holder or signatory: Susana Levy);

   b.   transfer from frozen account ending in 8653 (account holder or signatory: David Levy) $25,000.00 into a newly opened Bank of America individual checking account that shall remain unfrozen with David Levy as the account holder;

   c.   for the avoidance of doubt, Bank of America shall <u>not</u> unfreeze any other accounts or any other sums beyond those specified in paragraphs 2(a) and (b) unless and until otherwise ordered by the Court.

3.      Upon service of this Order, Capital One shall:

   a.   immediately unfreeze the account ending in 5975 (account holder or signatory: Susana Levy);

   b.   transfer from frozen account ending in 1823 (account holder or signatory: Zoya Meirov) $25,000.00 into a newly opened Capital One individual checking account that shall remain unfrozen with Zoya Meirov as the account holder;

   c.   for the avoidance of doubt, Capital One shall <u>not</u> unfreeze any other accounts or any other sums beyond those specified in paragraphs 3(a) and (b) unless and until otherwise ordered by the Court.

4.    Upon service of this Order, Citibank shall:

    a.    transfer from frozen account ending in 3532 (account holder or signatory: Daniel Levy) $25,000.00 into a newly opened Citibank individual checking account that shall remain unfrozen with Daniel Levy as the account holder;

    b.    for the avoidance of doubt, Citibank shall <u>not</u> unfreeze any other accounts or any other sums beyond those specified in paragraph 4(a) unless and until otherwise ordered by the Court.

5.    Upon service of this Order, JPMorgan Chase shall:

    a.    immediately unfreeze the account ending in 2375 (account holder or signatory: Marina Davidov);

    b.    immediately unfreeze the account ending in 9731 (account holder or signatory: Alex Levy);

    c.    immediately unfreeze the account ending in 6776 (account holder or signatory: Benjamin Levy);

    d.    transfer from frozen account ending in 8184 (account holder or signatory: Benjamin Levy) $5,124.65 into the unfrozen account ending in 6776 (account holder or signatory: Benjamin Levy);

    e.    for the avoidance of doubt, JPMorgan Chase shall <u>not</u> unfreeze any other accounts or any other sums beyond those specified in paragraphs 5(a), (b), (c), and (d) unless and until otherwise ordered by the Court.

6.    Upon service of this Order, TD Bank shall:

    a.    transfer from frozen account ending with 1085 (account holder or signatory: Gerda Shimunova) $25,000.00 into a newly opened TD Bank individual

checking account that shall remain unfrozen with Gerda Shimunova as the account holder;

b.  for the avoidance of doubt, TD Bank shall <u>not</u> unfreeze any other accounts or any other sums beyond those specified in paragraph 6(a) unless and until otherwise ordered by the Court.

7.  Upon service of this Order, Webster Bank shall:

a.  immediately unfreeze the account ending in 1848 (account holders or signatories: Istat Leviev and Zoya Meirov);

b.  immediately unfreeze the account ending in 8329 (account holder or signatory: Ariel Levy);

c.  for the avoidance of doubt, Webster Bank shall <u>not</u> unfreeze any other accounts or any other sums beyond those specified in paragraphs 7(a) and (b) unless and until otherwise ordered by the Court.

8.  For the avoidance of doubt, no financial institutional shall unfreeze any other accounts or any other sums beyond those specified in paragraphs 2-7 above unless and until otherwise ordered by the Court.

9.  The Individual Levy Family Defendants shall be responsible for providing the financial institutions with the information necessary to facilitate opening the individual checking accounts specified in paragraph 2(b), 3(b), 4(a), and 6(a) above.

10.  Until otherwise ordered by the Court, each Individual Levy Family Defendant shall provide Plaintiffs with monthly statements from any unfrozen account, including those accounts newly opened pursuant to this Order, within seven (7) days of receipt of those statements from the relevant financial institution by that Individual Levy Family Defendant.

11.     On April 28, 2026, the Court's April 17, 2026 asset freeze order was converted into a preliminary injunction against the Individual Levy Family Defendants.  Except to the extent inconsistent with this order or subsequently modified by the Court, the provisions of that order remain in effect.

12.     Nothing in this stipulation shall constitute or be treated as an admission by any party, including an admission of any liability, wrongdoing, or violation of law.  Plaintiffs and the Individual Levy Family Defendants do not waive and reserve all rights and remedies not specifically addressed herein.

13.     Signatures transmitted electronically or by facsimile shall be deemed original.


Dated: June 2, 2026

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By:

_____

Geoffrey Potter
Timothy A. Waters
1133 Avenue of the Americas
New York, NY  10036-6710
Tel:   (212) 336-2000
Fax:   (212) 336-2222
gpotter@pbwt.com
twaters@pbwt.com

*Counsel for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC*

THE YITZHAK LAW GROUP

By:

_____

Erica T. Itzhak
185 Great Neck Road, Suite 313
Great Neck, NY 11021
Tel:   (516) 466-7144
erica@etylaw.com

STEVE ZISSOU & ASSOCIATES

By:

Steve Zissou, Esq.
Digitally signed by Steve Zissou, Esq.
Date: 2026.06.08 15:21:56 -04'00'

_____

Steve Zissou

42-40 Bell Boulevard, Suite 302
Bayside, NY 11361

stevezissou@stevezissouesq.com
718.279.4500


*Counsel for Defendant Ariel Levy, Alex Levy, Daniel Levy, Susana Levy, David Levy, Benjamin Levy, Marina Davidov, Zoya Meirov, and Gerda Shimunova*


SO ORDERED

_____
CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE


Issued:  June __, 2026

6