------------------------------------------------------------------

GILEAD SCIENCES, INC., *et al.*,  :

                      Plaintiffs,  :

                                :      Case No. 26-cv-2172 (CBA) (CHK)

v.  :

                                :

PAIN RELIEF RX, INC., *et al.*,  :

                     Defendants.  :

------------------------------------------------------------------

## STIPULATION AND [PROPOSED] ORDER MODIFYING ASSET FREEZE AS TO INDIVIDUAL MICHAEL'S PHARMACY DEFENDANTS

WHEREAS, on April 14, 2026, Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively, "Plaintiffs" or "Gilead") filed their Complaint against, *inter alia*, Defendants Michael Kaldas, Selvia Girgis, and Sildevie Tchiekoua Nguetcho (collectively the "Individual Michael's Pharmacy Defendants"), and sought an asset freeze order and expedited discovery order against Individual Michael's Pharmacy Defendants;

WHEREAS, on April 17, 2026, the Honorable Carol B. Amon entered an asset freeze order and expedited discovery order against the Individual Michael's Pharmacy Defendants;

WHEREAS, the Individual Michael's Pharmacy Defendants and Plaintiffs wish to stipulate to a modified asset freeze order;

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs and counsel for the Individual Michael's Pharmacy Defendants, it is hereby ORDERED that:

1. Counsel for the Individual Michael's Pharmacy Defendants may immediately serve this order upon Bank of America, N.A., Capital One, N.A., JPMorgan Chase, N.A., and Wells Fargo Bank, N.A.

2. Upon service of this Order, Bank of America shall:

   a. immediately unfreeze the account ending in 2711 (account holder or signatory: Selvia Girgis);

   b. for the avoidance of doubt, Bank of America shall not unfreeze any other accounts or any other sums beyond those specified in paragraph 2(a) unless and until otherwise ordered by the Court.

3. Upon service of this Order, Capital One shall:

   a. immediately unfreeze the account ending in 8905 (account holder or signatory: Sildevie Tchiekoua Nguetcho);

   b. immediately unfreeze the account ending in 4665 (account holder or signatory: Sildevie Tchiekoua Nguetcho);

   c. immediately unfreeze the account ending in 7822 (account holder or signatory: Sildevie Tchiekoua Nguetcho);

   d. immediately unfreeze the account ending in 7727 (account holder or signatory: Sildevie Tchiekoua Nguetcho);

   e. immediately unfreeze the account ending in 2059 (account holder or signatory: Sildevie Tchiekoua Nguetcho);

   f. for the avoidance of doubt, Capital One shall not unfreeze any other accounts or any other sums beyond those specified in paragraphs 3(a)-(e) unless and until otherwise ordered by the Court.

2

4. Upon service of this Order, JPMorgan Chase shall:

    a. immediately unfreeze the account ending in 3753 (account holder or signatory: Michael Kaldas);

    b. for the avoidance of doubt, JPMorgan Chase shall not unfreeze any other accounts or any other sums beyond those specified in paragraph 4(a) unless and until otherwise ordered by the Court.

5. Upon service of this Order, Wells Fargo shall:

    a. immediately unfreeze the account ending in 6176 (account holder or signatory: Selvia Girgis);

    b. immediately unfreeze the account ending in 9957 (account holder or signatory: Michael Kaldas);

    c. for the avoidance of doubt, Wells Fargo shall not unfreeze any other accounts or any other sums beyond those specified in paragraph 5(a) and (b) unless and until otherwise ordered by the Court.

6. For the avoidance of doubt, no financial institutional shall unfreeze any other accounts or any other sums beyond those specified in paragraphs 2-5 above unless and until otherwise ordered by the Court.

7. On May 26, 2026, the Court's April 17, 2026 asset freeze order was converted into a preliminary injunction against the Individual Michael's Pharmacy Defendants. Except to the extent inconsistent with this order or subsequently modified by the Court, the provisions of that order remain in effect.

8. Nothing in this stipulation shall constitute or be treated as an admission by any party, including an admission of any liability, wrongdoing, or violation of law. Plaintiffs and the

3

Individual Michael's Pharmacy Defendants do not waive and reserve all rights and remedies not specifically addressed herein.

9. Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: June 8, 2026

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By:

Geoffrey Potter
Timothy A. Waters
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
gpotter@pbwt.com
twaters@pbwt.com

*Counsel for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC*

TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.

By:

Wyatt M. M. Noble

290 W. Mt. Pleasant Ave, Suite 2370
Livingston, NJ 07039
Tel. (973) 533-1000
wnoble@tisslaw.com

*Counsel for Defendants Michael Kaldas, Selvia Girgis, and Sildevie Tchiekoua Nguetcho*

SO ORDERED

s/Carol Bagley Amon
CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE

Issued: June 10, 2026

4