---------------------------------------------------------------

GILEAD SCIENCES, INC., *et al.*,        :

                                     :

                 Plaintiffs,     :       Case No. 26-cv-2172 (CBA) (CHK)

                                     :

v.                                      :

                                     :

PAIN RELIEF RX, INC., *et al.*,       :

                                     :

                 Defendants.    :

---------------------------------------------------------------

### STIPULATION AND [PROPOSED] ORDER CONFIRMING <u>SEIZURE ORDER AS TO DEFENDANT JONATHAN ABRAMOV</u>

WHEREAS, on April 14, 2026, Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively, "Plaintiffs" or "Gilead") filed their Complaint against, *inter alia*, Defendant Jonathan Abramov, and sought a temporary restraining order, asset freeze order, expedited discovery order, and *ex parte* seizure against Jonathan Abramov;

WHEREAS, on April 17, 2026, the Honorable Carol B. Amon entered a temporary restraining order, asset freeze order, expedited discovery order, and *ex parte* seizure order against Jonathan Abramov;

WHEREAS, on April 21, 2026, the Court's *ex parte* seizure order was executed at the residence of Jonathan Abramov;

WHEREAS, in order to avoid the burden and expense of a preliminary injunction hearing, Plaintiffs and Jonathan Abramov stipulated to a preliminary injunction without a bond, which stipulated preliminary injunction the Court ordered on April 28, 2026 (ECF No. 18);

WHEREAS, upon the stipulation of the parties, the Court adjourned the seizure confirmation hearing as to Jonathan Abramov to July 28, 2026 (ECF No. 21);

1

WHEREAS, to avoid the burden and expense of a seizure confirmation hearing, Plaintiffs and Jonathan Abramov wish to stipulate to confirmation of the seizure;

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs and counsel for Jonathan Abramov, it is hereby ORDERED that:

1.     As to Jonathan Abramov, the seizure executed pursuant to the seizure order signed by the Court in this case on April 17, 2026 is hereby confirmed. Jonathan Abramov stipulates to this seizure confirmation solely to avoid the burden and expense of the July 28, 2026 confirmation hearing without further admissions.

2.     Plaintiffs and their surety U.S. Specialty Insurance Company are released of any and all liability under Bond Number 1001220715 and any liability under or as the result of the seizure order signed by the Court in this case on April 17, 2026.

3.     Plaintiffs and Jonathan Abramov agree that, in light of this stipulation, there are no issues among them to address at the seizure confirmation hearing scheduled for July 28, 2026.

4.     Nothing in this stipulation shall constitute or be used as an admission by any party or evidence of liability, wrongdoing, proper issuance, execution, scope, ownership, possession, control, knowledge, intent, willfulness, or violation of law. Except as set forth in paragraphs 1 and 2, Plaintiffs and Jonathan Abramov reserve all claims, defenses, objections, privileges, and remedies, including as to custody, review, use, confidentiality, and return of seized materials.

5.     Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: July 22, 2026

Respectfully submitted,

| PATTERSON BELKNAP WEBB & TYLER LLP | LUCOSKY BROOKMAN LLP |
|---|---|
| By: | By: |
| /s/ Timothy A. Waters | /s/ Matthew Ross    /s/ David Rosenfield |
| Geoffrey Potter | Matthew Ross |
| Timothy A. Waters | David Rosenfield |
| 1133 Avenue of the Americas | 111 Broadway, Suite 807 |
| New York, NY 10036-6710 | New York, NY 10006 |
| Tel: (212) 336-2000 | Tel: (732) 395-4400 |
| Fax: (212) 336-2222 | Fax: (732) 394-4401 |
| gpotter@pbwt.com | mross@lucbro.com |
| twaters@pbwt.com | drosenfield@lucbro.com |
| iweingram@pbwt.com | |
| czielinski@pbwt.com | *Counsel for Defendant Jonathan Abramov* |
| apetrocelli@pbwt.com | |
| *Counsel for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC* | |

SO ORDERED

_____

CAROL BAGLEY AMON
UNITED STATES DISTRICT
JUDGE

Issued: July __, 2026

3