------------------------------------------------------------

GILEAD SCIENCES, INC., *et al.*,                  :

                                                  :

                            Plaintiffs,           :          Case No. 26-cv-2172 (CBA) (CHK)

                                                  :

v.                                                :

                                                  :

PAIN RELIEF RX, INC., *et al.*,                   :

                                                  :

                            Defendants.           :

------------------------------------------------------------

**STIPULATION AND [PROPOSED] ORDER**
**ENTERING A PRELIMINARY INJUNCTION AND CONFIRMING THE**
**_EX PARTE_ SEIZURE AS TO THE MULLOKANDOV DEFENDANTS**

WHEREAS, on April 14, 2026, Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively, "Plaintiffs" or "Gilead") filed their Complaint against, *inter alia*, Defendants Khaim Mullokandov and Eleanora Mullokandova (collectively, the "Mullokandov Defendants"), and sought a temporary restraining order, asset freeze order, expedited discovery order, and *ex parte* seizure against the Mullokandov Defendants;

WHEREAS, on April 17, 2026, the Honorable Carol B. Amon entered a temporary restraining order, asset freeze order, expedited discovery order, and *ex parte* seizure order against the Mullokandov Defendants;

WHEREAS, by the Court's Seizure Order, the Court set a preliminary injunction hearing as to the Mullokandov Defendants to occur on April 29, 2026, and ordered the Mullokandov Defendants to file opposition papers on or before April 24, 2026 and Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Plaintiffs" or "Gilead") to file reply papers on or before April 27, 2026;

1

WHEREAS, on April 24, 2026 the Mullokandov Defendants and Plaintiffs agreed to adjourn the pending preliminary injunction confirmation hearing until July 28, 2026, to extend the preliminary injunction briefing schedule, and to extend the temporary restraining order against the Mullokandov Defendants until the preliminary injunction hearing had been concluded and the Court had decided the order to show cause for a preliminary injunction;

WHEREAS, in order to avoid the burden and expense of a preliminary injunction hearing, Plaintiffs and the Mullokandov Defendants now wish to stipulate to a preliminary injunction without a bond;

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs and counsel for the Mullokandov Defendants, it is hereby ORDERED that:

1.     The Mullokandov Defendants and their principals, agents, officers, directors, members, servants, employees, successors, assigns, and all other persons in concert and participation with them pending the final hearing and determination of this action, are preliminarily enjoined from importing, purchasing, selling, distributing, marketing, or otherwise using in commerce in the United States any Gilead Products (as defined below), including authentic products, or assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in this paragraph.

2.     The "Gilead Products" are defined as all products manufactured by or sold by Gilead or its subsidiaries in the United States, including but not limited to all products bearing anywhere any of the Gilead Marks (as defined below),[1] whether on the product itself or any of its packaging.

---

[1] The Gilead Marks are defined as follows:

3. Plaintiffs and the Mullokandov Defendants agree that, as among them, there are no issues to address at the preliminary injunction hearing scheduled for July 28, 2026 with respect to the Order to Show Cause. The Mullokandov Defendants waive any and all rights they might have to a hearing to contest the issuance of a preliminary injunction and agree to the entry of a preliminary injunction as requested by Plaintiffs without a hearing as memorialized in this Stipulation.

4. As to the Mullokandov Defendants, Plaintiffs and their surety U.S. Specialty Insurance Company are released from any and all liability under Bond Number 1001220715.

| Trademark | Registration Number | Registration Date |
|---|---|---|
| GILEAD | 3251595 | June 12, 2007 |
| | 2656314 | December 3, 2002 |
| GSI | 3890252 | December 14, 2010 |
| BIKTARVY | 5344455 | November 28, 2017 |
| DESCOVY | 4876632 | December 29, 2015 |
| DESCOVY FOR PREP | 5912591 | November 19, 2019 |
| 9883 | 5467392 | May 15, 2018 |
| | 5636131 | December 25, 2018 |
| | 5906177 | November 12, 2019 |
| | 5030567 | August 30, 2016 |
| | 5154303 | March 7, 2017 |
| TRUVADA | 2915213 | December 28, 2004 |
| GENVOYA | 4797730 | August 25, 2015 |
| ATRIPLA | 3276743 | August 7, 2007 |
| RANEXA | 3094007 | May 16, 2006 |
| VOSEVI | 5259592 | August 8, 2017 |
| STRIBILD | 4263613 | December 25, 2012 |
| | 6031751 | April 14, 2020 |
| SOVALDI | 4468665 | January 21, 2014 |
| | 5018106 | August 9, 2016 |
| 7977 | 4585257 | August 12, 2014 |

5.     Nothing in this stipulation shall constitute or be treated as an admission by any party, including an admission of any liability, wrongdoing, or violation of law.  Plaintiffs and the Mullokandov Defendants do not waive and reserve all rights and remedies not specifically addressed herein.

6.     Nothing in this stipulation modifies the asset freeze order or expedited discovery order entered by this Court against the Mullokandov Defendants on April 17, 2026, or the seizure order entered by this Court against the Mullokandov Defendants on April 17, 2026, and the Mullokandov Defendants shall comply with the terms of those orders.

7.     Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: July 14, 2026

Respectfully submitted,

| PATTERSON BELKNAP WEBB & TYLER LLP | STEVE ZISSOU & ASSOCIATES |
|---|---|
| By: <br><br> */s/ Timothy A. Waters* <br> Geoffrey Potter <br> Timothy A. Waters <br> Isaac J. Weingram <br> Caroline Zielinski <br> Anna Petrocelli <br> 1133 Avenue of the Americas <br> New York, NY 10036-6710 <br> Tel: (212) 336-2000 <br> Fax: (212) 336-2222 <br> gpotter@pbwt.com <br> twaters@pbwt.com <br> iweingram@pbwt.com <br> czielinski@pbwt.com <br> apetrocelli@pbwt.com <br><br> *Counsel for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC* | By: <br><br> **Steve Zissou, Esq.** Digitally signed by Steve Zissou, Esq. Date: 2026.07.17 19:11:56 +03'00' <br> Steve Zissou <br> 42-40 Bell Boulevard, Suite 302 <br> Bayside, NY 11361 <br> (718) 279-4500 <br> srichmanlaw@msn.com <br><br> *Counsel for Defendants Khaim Mullokandov and Eleanora Mullokandova* |

SO ORDERED

_____
CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE

Issued: July __, 2026

5