**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GILEAD SCIENCES, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAIN RELIEF RX, INC., *et al.*,<br><br>Defendants. | Case No. 26-cv-2172 (CBA) (CHK) |

**STIPULATION AND [PROPOSED] ORDER MODIFYING ASSET FREEZE AS TO DEFENDANTS ELEANORA MULLOKANDOVA AND KHAIM MULLOKANDOV**

WHEREAS, on April 14, 2026, Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively, "Plaintiffs" or "Gilead") filed their Complaint against, *inter alia*, Defendant Eleanora Mullokandova and Khaim Mullokandov (collectively, the "Mullokandovs"), and sought a temporary restraining order, asset freeze order, and expedited discovery order against the Mullokandovs;

WHEREAS, on April 17, 2026, the Honorable Carol B. Amon entered a temporary restraining order, asset freeze order, and expedited discovery order against the Mullokandovs;

WHEREAS, the Mullokandovs and Plaintiffs wish to stipulate to a modified asset freeze order to provide for the release of funds for the Mullokandovs' use for their immediate needs;

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs and counsel for the Mullokandovs, it is hereby ORDERED that:

1. Counsel for the Mullokandovs may immediately serve this order upon Webster Bank.

2. Upon service of this Order, Webster Bank shall:

a. Withdraw from frozen account ending with 9405 (account holder or signatory: Eleonora Mullokandova) $75,000.00 (seventy-five thousand dollars), plus any applicable fees charged by the bank to draw a cashier's check and any applicable costs to deliver the cashier's check via overnight courier, and Webster Bank shall use those funds solely for the creation and delivery of a cashier's check in the amount of $75,000.00 made out to "Steve Zissou as Attorney."

b. Send the cashier's check referenced in paragraph 2(a) above to Steve Zissou, Esq., Steve Zissou & Associates, 42-40 Bell Boulevard, Suite 302, Bayside, NY 11361 by overnight courier.

3. For the avoidance of doubt, after the withdrawal of funds set forth in paragraph 2(a), the account ending with 9405 and its remaining balance shall remain frozen.

4. Webster Bank shall permit Eleonora Mullokandova to open one new individual checking account that shall not be frozen and shall remain unfrozen, with Eleanora Mullokandova as the sole account holder. Eleonora Mullokandova shall be responsible for providing the information necessary to facilitate opening such an individual checking account. All other accounts held by, for, or on account of Eleonora Mullokandova shall remain frozen.

5. Until otherwise ordered by the Court, Eleonora Mullokandova shall provide counsel of record for Gilead, via email, copies of all monthly statements from the account specified in paragraph 4 above within seven days of receipt of those statements from the financial institution by Eleonora Mullokandova.

6. For the avoidance of doubt, no financial institutional shall unfreeze any other accounts or any other sums beyond those specified in paragraphs 2(a) and 3 above, unless and until otherwise ordered by the Court.

7. On April 28, 2026, the Court's April 17, 2026 asset freeze order was converted into a preliminary injunction against the Mullokandovs. Except to the extent inconsistent with this order or subsequently modified by the Court, the provisions of that order remain in effect.

8. Nothing in this stipulation shall constitute or be treated as an admission by any party, including an admission of any liability, wrongdoing, or violation of law. Plaintiffs and the Mullokandovs do not waive and reserve all rights and remedies not specifically addressed herein.

9. Signatures transmitted electronically or by facsimile shall be deemed original.

[signatures appear on following page]

Dated: October 6, 2026

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By:

/s/ Timothy A. Waters

Geoffrey Potter
Timothy A. Waters
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
gpotter@pbwt.com
twaters@pbwt.com

*Counsel for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC*

STEVE ZISSOU & ASSOCIATES

By:

Steve Zissou, Esq. Digitally signed by Steve Zissou, Esq. Date: 2026.10.05 11:51:45 -04'00'

Steve Zissou

42-40 Bell Boulevard, Suite 302
Bayside, NY 11361
Tel: (718) 279-4500
stevezissou@stevezissouesq.com

*Counsel for Defendants Eleanora Mullokandova and Khaim Mullokandov*

SO ORDERED

______________________________
CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE

Issued: October ______, 2026