**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GILEAD SCIENCES, INC., *et al.*,<br>Plaintiffs,<br>v.<br>PAIN RELIEF RX, INC., *et al.*,<br>Defendants. | Case No. 26-cv-2172 (CBA) (CHK)<br>**AFFIDAVIT OF SERVICE** |

Timothy A. Waters, being duly sworn, deposes and says:

1. I am over 18 years of age. I am not a party to this action, and I am employed by the law firm Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, NY 10036.

2. On April 21, 2026, I served true and correct copies of the Summons and Complaint, Asset Freeze Order, Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction, together with copies of the papers in support thereof (a full list of which is included below) on Defendant Linden Blvd. Rx. Inc., in accordance with the Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction issued by the Court on April 17, 2026 at 9:00 a.m.

1. Summons
2. Cover Letter to the U.S. District Court
3. Civil Cover Sheet, Attorney Appearances, Summons
4. Complaint and exhibits
5. Ex Parte Motions for a Seizure Order, Temporary Restraining Order, Asset Freeze Order, Expedited Discovery Order, and Order to Show Cause for a Preliminary Injunction

6. Memorandum of Law in Support of Ex Parte Motions for a Seizure Order, Temporary Restraining Order, Asset Freeze Order, Expedited Discovery Order, and Order to Show Cause for a Preliminary Injunction
7. Proposed Seizure Order
8. Proposed Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction
9. Proposed Asset Freeze Order
10. Proposed Expedited Discovery Order
11. Ex Parte Motion and Memorandum of Law to Seal Pursuant to 15 U.S.C. § 1116
12. Proposed Order on Ex Parte Motion to Seal
13. Ex Parte Motion and Memorandum of Law to File in Excess of Word Limit
14. Proposed Order on Ex Parte Motion to File in Excess of Word Limit
15. Declaration of Geoffrey Potter and exhibits
16. Declaration of Hannah Lee and exhibits
17. Declaration of Harpreet Dhanota and exhibits
18. Ex Parte Order and Response Letter, dated April 14, 2026
19. Hearing Transcript
20. Ex Parte Motion to Amend Motions for a Seizure Order, Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause for a Preliminary Injunction
21. Asset Freeze Order
22. Temporary Restraining Order
23. Seizure Order
24. Expedited Discovery Order

3. I served Linden Blvd. Rx. Inc. by handing its registered agent Jonathan Abramov a copy of the papers set forth above at his residence located at: 73-40 187th Street, Fresh Meadows, NY 11366.

4. Due to a personal emergency, I was unable to sign the originally filed affidavit of service before a notary. *See* ECF No. 45. I now affirm under oath and before a notary that I did serve Linden Blvd. Rx as set forth above.

5. Under the penalty of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true, to the best of my knowledge.



16660994

Dated: November 11, 2026

/s/ ______________________

AFFIANT



16660994

# JURAT

State of New York
County of New York } ss.:

Subscribed and sworn to (or affirmed) before me this 11th day of November 2026, by Timothy Waters, who is personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) who appeared before me.

Notary Public

WENDY GARCIA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GA0043482
Qualified in Kings County
My Commission Expires 11-03-2029